# Exhibit 4

**U.S. Patent No. 9,087,215 ("'215 Patent")**

**Accused Products**

For each and every claim identified below, the Accused Products include JP Morgan Chase's Merchant Services, including its associated Commerce platform, including Online Payments, Checkout, and Tokenization (including Payments API, Checkout API, and Tokenization API). This includes, without limitation, the Commerce Platform and/or Helix Merchant-Acquiring Payment Processing Platform and/or Helix Connect, JP Morgan Chase's backend for processing transactions with acquirer tokens and network tokens, and all versions or variations thereof. Each Accused Product functions in substantially the same manner with respect to the Asserted Claims. Each claim limitation is literally infringed by each Accused Product. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because the differences between the claim limitation and each Accused Product would be insubstantial, and each Accused Product performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. Notably, Defendant has not yet articulated which, if any, particular claim limitations it believes are not met by the Accused Products. Plaintiff reserves the right to expound on theories under the doctrine of equivalents upon receiving notice of whether and to what extent infringement of any claim limitations are disputed.

**Claim 1**

| Asserted Claim 1 | Identification |
|---|---|
| **1[pre]:** A system, comprising: | To the extent the preamble is construed as a limitation, each of the Accused Products satisfies a system of Claim 1.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) |

1

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

2

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



| Asserted Claim 1 | Identification |
|---|---|
| **1[a]:** a communication interface for sending data; | Each of the Accused Products satisfies limitation 1[a] a communication interface for sending data.<br><br>For example, JP Morgan Chase Merchant Services backend (including Commerce Platform and/or Helix Payment Processing Platform) provides a communication interface for sending data. For example, JP Morgan Chase provides a communication interface for sending data to a merchant or a payment processing network, ecosystem, or issuer.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf)<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

| Asserted Claim 1 | Identification |
|---|---|
| | ; *see also* https://developer.payments.jpmorgan.com/docs/commerce/online-payments: |

COMMERCE

# Online Payments

**Seamlessly accept, process, and settle online payments with the integration of your choice**

- Direct and customizable API integration
- Multiple methods of payment supported
- Pre-built solutions for accepting payments
- Advanced payment enhancement capabilities

## What you can build

From easy-to-integrate solutions that reduce payment card industry (PCI) scope to fully custom integrations with our APIs, our solutions are designed and tailored to support your growing business.



**Direct API integration  ›**

For a truly custom experience, integrate your payments platform with our Online Payments API.



**Drop-in Checkout UI   ›**

Easily accept payments in your application with a pre-built, customizable UI.



**Checkout hosted pay page   ›**

Make PCI compliance simple with a secure J.P. Morgan hosted payment page.

## Capabilities

Online Payments are the primary payment solutions for card-not-present transactions. They manage the entire payments lifecycle for multiple methods of payment, including card payments, alternative methods of payment, and wallet payments. Additional capabilities let you enhance your payments processing and reduce your risk and sensitive data exposure.

**Direct API  ›**

Custom Online Payments API integration gives you the most control over your business needs.

**Checkout  ›**

Our Checkout solutions help you accept payments with a unified interface.

## Next steps

**Getting started  ›**

Ensure you have everything you need to get started with our APIs for your payment processing.

**Core concepts   ›**

Read our core concepts to build a solid understanding of how to accept and manage payments with the Online Payments APIs.

6

| Asserted Claim 1 | Identification |
|---|---|
|  |  |

7

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



8

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[b]:** one or more memory elements having, stored therein, computer program code; and | Each of the Accused Products satisfies limitation 1[b] one or more memory elements having, stored therein, computer program code.<br><br>For example, JP Morgan Chase Merchant Services (including, *e.g.*, Commerce Platform and/or Helix Payment Processing Platform) comprises a server-side or cloud backend which relies on memory storing computer code.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) |

9

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?** |
| | You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing. |
| | Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction. |
| | Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |
| | ; *see also* https://developer.payments.jpmorgan.com/docs/commerce/online-payments: |

10

COMMERCE

# Online Payments

**Seamlessly accept, process, and settle online payments with the integration of your choice**

- Direct and customizable API integration
- Multiple methods of payment supported
- Pre-built solutions for accepting payments
- Advanced payment enhancement capabilities

## What you can build

From easy-to-integrate solutions that reduce payment card industry (PCI) scope to fully custom integrations with our APIs, our solutions are designed and tailored to support your growing business.







**Direct API integration** ›

For a truly custom experience, integrate your payments platform with our Online Payments API.

**Drop-in Checkout UI** ›

Easily accept payments in your application with a pre-built, customizable UI.

**Checkout hosted pay page** ›

Make PCI compliance simple with a secure J.P. Morgan hosted payment page.

## Capabilities

Online Payments are the primary payment solutions for card-not-present transactions. They manage the entire payments lifecycle for multiple methods of payment, including card payments, alternative methods of payment, and wallet payments. Additional capabilities let you enhance your payments processing and reduce your risk and sensitive data exposure.

**Direct API** ›

Custom Online Payments API integration gives you the most control over your business needs.

**Checkout** ›

Our Checkout solutions help you accept payments with a unified interface.

## Next steps

**Getting started** ›

Ensure you have everything you need to get started with our APIs for your payment processing.

**Core concepts** ›

Read our core concepts to build a solid understanding of how to accept and manage payments with the Online Payments APIs.

11

| Asserted Claim 1 | Identification |
|---|---|
|  |  |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.
2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.
3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.
4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.
5. Visa passes the PAN and the Visa network token to the issuer for authorization.
6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.
7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.
8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



8   /   NETWORK TOKENIZATION FOR MERCHANTS

jpmorgan.com/payments

13

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c]:** one or more processing units operatively coupled to the one or more memory elements and configured to execute instructions in the computer program code that cause the one or more processing units to: | Each of the Accused Products satisfies limitation 1[c] one or more processing units operatively coupled to the one or more memory elements and configured to execute instructions in the computer program code that cause the one or more processing units to perform the below limitations.<br><br>For example, JP Morgan Chase Merchant Services backend (including, *e.g.*, Commerce Platform and/or Helix Payment Processing Platform) comprises a server-side or cloud backend with one or more processing units coupled to memory storing computer code and configured to execute instructions in the code to perform the operations in 1[c] as shown below.<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates.<br><br>; *see also* https://developer.payments.jpmorgan.com/docs/commerce/online-payments: |

14

COMMERCE

# Online Payments

**Seamlessly accept, process, and settle online payments with the integration of your choice**

- Direct and customizable API integration
- Multiple methods of payment supported
- Pre-built solutions for accepting payments
- Advanced payment enhancement capabilities

## What you can build

From easy-to-integrate solutions that reduce payment card industry (PCI) scope to fully custom integrations with our APIs, our solutions are designed and tailored to support your growing business.

**Direct API integration  ›**

For a truly custom experience, integrate your payments platform with our Online Payments API.

**Drop-in Checkout UI  ›**

Easily accept payments in your application with a pre-built, customizable UI.

**Checkout hosted pay page  ›**

Make PCI compliance simple with a secure J.P. Morgan hosted payment page.

## Capabilities

Online Payments are the primary payment solutions for card-not-present transactions. They manage the entire payments lifecycle for multiple methods of payment, including card payments, alternative methods of payment, and wallet payments. Additional capabilities let you enhance your payments processing and reduce your risk and sensitive data exposure.

**Direct API  ›**

Custom Online Payments API integration gives you the most control over your business needs.

**Checkout  ›**

Our Checkout solutions help you accept payments with a unified interface.

## Next steps

**Getting started  ›**

Ensure you have everything you need to get started with our APIs for your payment processing.

**Core concepts  ›**

Read our core concepts to build a solid understanding of how to accept and manage payments with the Online Payments APIs.

15

| Asserted Claim 1 | Identification |
|---|---|
|  |  |

16

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



17

| Asserted Claim 1 | Identification |
|---|---|
| **1[c][i]:** generate or receive two or more dynamically-changing, temporally unique identifiers; | Each of the Accused Products satisfies limitation 1[c][i] generate or receive two or more dynamically-changing, temporally unique identifiers.<br><br>For example, JP Morgan Chase generates or receives two or more dynamically-changing, temporally unique identifiers, such as an acquirer token and a network token. JP Morgan Chase uses different dynamically-changing, temporally unique identifiers to identify the card or primary account number (PAN) during different time periods — the acquirer token during a first time period, and a network token, with a per-transaction cryptogram, during a second time period, such as authorization and/or capture.. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). JP Morgan Chase dynamically changes from the acquirer token during a first time period to a network token during a second time period. See *id.* at "Network Tokens In Action." ("J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global payment network.") The identifiers are temporally unique. For example, JP Morgan Chase logs the time when an acquirer token or network token is first created or associated with the card or primary account number, and uses each at different times.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf)  at 6-7 ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used. Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. |

18

| Asserted Claim 1 | Identification |
|---|---|
| | When a payment is made using a network token, it passes through the approval process, just as a card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). |
| | **Acquirer tokens vs. network tokens: What's the difference?** |
| | You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing. |
| | Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction. |
| | Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |
| | For example, JP Morgan Chase's backend supports generating or receiving acquirer token and network token for the primary account number (PAN). |

19

| Asserted Claim 1 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization (Tokenization API) <br><br> *See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.*, authorizationType = `AUTH_METHOD_TOKENIZE_ONLY` or `AUTH_METHOD_VERIFY_ONLY`); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata: <br><br> 1. You send a `POST` request to the `/intent` endpoint (Set up checkout intent) with either of the following options: <br>    1. authorizationType = `AUTH_METHOD_VERIFY_ONLY`: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it. <br>    2. authorizationType = `AUTH_METHOD_TOKENIZE_ONLY`: Use this to get the tokens for the cards or bank accounts without going through the account verification. <br> 2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a `GET` request to the /notifications endpoint to retrieve the notifications. Refer to the following tables for the details. <br><br> *See* Request a Token, https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens (GET /tokens/{token-reference-id} returns statusChangeTimestamp alongside cardTokenStatus; the POST /tokens response also includes a timestamp field). *See also, e.g.*, createdAt fields in the token-notification JSON in the chart below. |

20

| Asserted Claim 1 | Identification |
|---|---|
|  |  |

21

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



22

| Asserted Claim 1 | Identification |
|---|---|
| **1[c][ii]:** receive a first request from a first client for two or more dynamically-changing, temporally unique identifiers related to a first data subject; | Each of the Accused Products satisfies limitation 1[c][ii] receive a first request from a first client for two or more dynamically-changing, temporally unique identifiers related to a first data subject.<br><br>As an example, JP Morgan Chase's backend receives a first request from a first client (*e.g.*, a merchant) for two or more dynamically-changing, temporally unique identifiers related to a first data subject.<br><br>For example, with Checkout API, JP Morgan Chase's backend receives a POST request to the checkout /intent endpoint to setup checkout intent with an authorizationType and/or a GET request to the notifications endpoint to retrieve notifications, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN).<br><br>*See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.*, authorizationType = AUTH_METHOD_TOKENIZE_ONLY or AUTH_METHOD_VERIFY_ONLY); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata:<br><br>**How tokenization works**<br><br>3.  You send a POST request to the /intent endpoint (Set up checkout intent) with either of the following options:<br>    1.  authorizationType = AUTH_METHOD_VERIFY_ONLY: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it.<br>    2.  authorizationType = AUTH_METHOD_TOKENIZE_ONLY: Use this to get the tokens for the cards or bank accounts without going through the account verification.<br>4.  A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a GET request to |

23

| Asserted Claim 1 | Identification |
|---|---|
| | the /notifications endpoint to retrieve the notifications. Refer to the following tables for the details.<br><br>As another example, JP Morgan Chase's backend receives a tokenization request (*e.g.*, Tokenization API) and/or a payment request, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN).<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization (Tokenization API)<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) at 6-7 ("Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. When a payment is made using a network token, it passes through the approval process, just as a card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing."). |

24

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?** |
| | You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing. |
| | Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction. |
| | Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

25

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



represents Visa-processed transactions

26

| Asserted Claim 1 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens |
| **1[c][iii]:** associate, in response to the first request, two or more dynamically-changing, temporally unique identifiers with the first data subject; | Each of the Accused Products satisfies limitation 1[c][iii] associate, in response to the first request, two or more dynamically-changing, temporally unique identifiers with the first data subject.<br><br>For example, JP Morgan Chase backend associates, in response to the first request, two or more dynamically-changing, temporally unique identifiers with the first data subject, such as associating an acquirer token and a network token with the primary account number (PAN). *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.").<br><br>For example, with Checkout API, JP Morgan Chase's backend receives a POST request to the checkout /intent endpoint to setup checkout intent with an authorizationType and/or a GET request to the notifications endpoint to retrieve notifications, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN).<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) at 6-7 ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used. Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. When a payment is made using a network token, it passes through the approval process, just as a |

27

| Asserted Claim 1 | Identification |
|---|---|
| | card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.")<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

28

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.
2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.
3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.
4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.
5. Visa passes the PAN and the Visa network token to the issuer for authorization.
6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.
7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.
8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



8   /   NETWORK TOKENIZATION FOR MERCHANTS                                      jpmorgan.com/payments

29

| Asserted Claim 1 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.*, authorizationType = `AUTH_METHOD_TOKENIZE_ONLY` or `AUTH_METHOD_VERIFY_ONLY`); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata: <br><br> **How tokenization works** <br><br> 1. You send a `POST` request to the `/intent` endpoint (Set up checkout intent) with either of the following options: <br>    1. authorizationType = `AUTH_METHOD_VERIFY_ONLY`: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it. <br>    2. authorizationType = `AUTH_METHOD_TOKENIZE_ONLY`: Use this to get the tokens for the cards or bank accounts without going through the account verification. <br> 2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a `GET` request to the /notifications endpoint to retrieve the notifications. Refer to the following tables for the details. <br><br> As another example, JP Morgan Chase's backend receives a tokenization request (*e.g.*, Tokenization API) and/or a payment request, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN). <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization (Tokenization API) <br><br> https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens |

| Asserted Claim 1 | Identification |
|---|---|
| **1[c][iv]:** generate first time period data, wherein the first time period data comprises information defining a first time period during which a first one of the two or more dynamically-changing, temporally unique identifiers associated with the first data subject is used to identify the first data subject; | Each of the Accused Products satisfies limitation 1[c][iv] generate first time period data, wherein the first time period data comprises information defining a first time period during which a first one of the two or more dynamically-changing, temporally unique identifiers associated with the first data subject is used to identify the first data subject.<br><br>For example, JP Morgan Chase's backend generates first time period data comprising information defining a first time period during which the acquirer token is used to identify the first data subject (the PAN), such as a "first part of the payment process" before it dynamically changes to using the network token to identify the PAN during the later stage of the payment process for authorization and/or capture. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). |

31

| Asserted Claim 1 | Identification |
|---|---|
|  | **Acquirer tokens vs. network tokens: What's the difference?** <br><br> You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing. <br><br> Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction. <br><br> Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

32

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



33

| Asserted Claim 1 | Identification |
|---|---|
|  | For example, to support the capability for a merchant to call checkout/intent and authorize and/or capture a payment, and/or to submit an authorization and/or capture request to Payments API or Orbital Gateway, the JP Morgan Chase backend uses the acquirer token (and the notifications endpoint or equivalent delivers the acquirer token) during the pre-authorization or pre-cryptogram window before a cryptogram is requested and before the authorization window ("first time period"). Then, if the merchant is enrolled in the network token service and the transaction is eligible, during the authorization window or cryptogram validity window ("second time period"), JP Morgan switches to using the network token and cryptogram to request or obtain authorization involving a payment network and/or issuer. After authorization concludes, a response is delivered to the merchant that contains the full details including the acquirer token, the network token, and cryptogram.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions.").<br><br>*See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.*, authorizationType = AUTH_METHOD_TOKENIZE_ONLY or AUTH_METHOD_VERIFY_ONLY); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata: |

34

| Asserted Claim 1 | Identification |
|---|---|
| | **How tokenization works**<br><br>1. You send a POST request to the /intent endpoint (<u>Set up checkout intent</u>) with either of the following options:<br>    1. authorizationType = AUTH_METHOD_VERIFY_ONLY: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it.<br>    2. authorizationType = AUTH_METHOD_TOKENIZE_ONLY: Use this to get the tokens for the cards or bank accounts without going through the account verification.<br>2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a GET request to the /notifications endpoint to retrieve the notifications. Refer to the following tables for the details.<br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/overview<br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/online-payments/online-payments#/operations/V2PaymentPost<br><br>https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/online-payments/payment-enhancements/tokenization<br><br>https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.") |

35

| Asserted Claim 1 | Identification |
|---|---|
|  | As another example, the acquirer token is used to identify the first data subject during a first time period (*e.g.*, a time for a process not involving the ecosystem or issuer side), which is different from a second time period (*e.g.*, a period of time for a process in which JP Morgan uses the network token to request authentication or capture).<br><br>As an alternative example, JP Morgan Chase's backend defines that the acquirer token is used to identify the PAN during a time window after a network token authorization attempt fails (*e.g.*, a retry window, fallback authorization window, or subsequent processing window). The network token is not used to identify the PAN during this window.<br><br>https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/network-tokenization |
| **1[c][v]:** generate second time period data, wherein the second time period data comprises information defining a second time period during which a second one of the two or more dynamically-changing, temporally unique identifiers associated with the first data subject is used to identify the first data subject, | Each of the Accused Products satisfies limitation 1[c][v] generate second time period data, wherein the second time period data comprises information defining a second time period during which a second one of the two or more dynamically-changing, temporally unique identifiers associated with the first data subject is used to identify the first data subject.<br><br>As an example, JP Morgan Chase's backend generates second time period data comprising information defining a second time period during which the network token is used to identify the first data subject, such as the later stage of a payment process involving an authorization window or cryptogram validity window when JP Morgan dynamically changes from using the acquirer token to using the network token to obtain authorization from a payment network or issuer. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). For example, there is a defined time period where the cryptogram is valid and JP Morgan uses the network token to requests or obtains authorization or capture. |

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1.  First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2.  The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3.  J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4.  Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5.  Visa passes the PAN and the Visa network token to the issuer for authorization.

6.  The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7.  Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8.  J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



38

| Asserted Claim 1 | Identification |
|---|---|
|  | For example, to support the capability for a merchant to call checkout/intent and authorize and/or capture a payment, and/or to submit an authorization and/or capture request to Payments API or Orbital Gateway, the JP Morgan Chase backend uses the acquirer token (and the notifications endpoint or equivalent delivers the acquirer token) during the pre-authorization or pre-cryptogram window before a cryptogram is requested and before the authorization window ("first time period"). Then, if the merchant is enrolled in the network token service and the transaction is eligible, after a cryptogram is requested and during the authorization window or cryptogram validity window ("second time period"), JP Morgan switches to using the network token and cryptogram to request or obtain authorization involving a payment network and/or issuer. After authorization concludes, a response is delivered to the merchant that contains the full details including the acquirer token, the network token, and cryptogram.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions.").<br><br>*See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.*, authorizationType = `AUTH_METHOD_TOKENIZE_ONLY` or `AUTH_METHOD_VERIFY_ONLY`); |

39

| Asserted Claim 1 | Identification |
|---|---|
|  | https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata: <br><br> **How tokenization works** <br><br> 1. You send a POST request to the /intent endpoint ([Set up checkout intent](#)) with either of the following options: <br>    1. authorizationType = AUTH_METHOD_VERIFY_ONLY: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it. <br>    2. authorizationType = AUTH_METHOD_TOKENIZE_ONLY: Use this to get the tokens for the cards or bank accounts without going through the account verification. <br> 2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a GET request to the [/notifications](#) endpoint to retrieve the notifications. Refer to the following tables for the details. <br><br><br> https://developer.payments.jpmorgan.com/api/commerce/online-payments/overview <br><br> https://developer.payments.jpmorgan.com/api/commerce/online-payments/online-payments/online-payments#/operations/V2PaymentPost <br><br> https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/online-payments/payment-enhancements/tokenization <br><br> https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens |

40

| Asserted Claim 1 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.")<br><br>As another example, the acquirer token is used to identify the first data subject during a first time period (*e.g.*, a time for a process not involving the ecosystem or issuer side), which is different from a second time period (*e.g.*, a period of time for a process in which JP Morgan uses the network token to request authentication or capture).<br><br>As an alternative example, JP Morgan Chase's backend defines that the acquirer token is used to identify the PAN during a time window after a network token authorization attempt fails (*e.g.*, a retry window, fallback authorization window, or subsequent processing window). The network token is not used to identify the PAN during  this window.<br><br>https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/network-tokenization |
| **1[c][vi]:** wherein the first time period is different from the second time period, | Each of the Accused Products satisfies limitation 1[c][vi] wherein the first time period is different from the second time period.<br><br>As an example, the acquirer token is used to identify the first data subject during a first time period (*e.g.*, an early part of a payment process involving the acquirer or merchant in which the acquirer token is used) which is different from the second time period (*e.g.*, a later part when JP Morgan switches to using the network token to request or obtain authorization or capture from a payment network or issuer). *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada- |

41

| Asserted Claim 1 | Identification |
| --- | --- |
|  | complaint.pdf) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.").<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



represents Visa-processed transactions

43

| Asserted Claim 1 | Identification |
|---|---|
| | *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.") <br><br> As another example, the acquirer token is used to identify the first data subject during a first time period (*e.g.*, a time for a process not involving the ecosystem or issuer side), which is different from a second time period (*e.g.*, a period of time for a process in which JP Morgan uses the network token to request authentication or capture). <br><br> As an alternative example, JP Morgan Chase's backend defines that the acquirer token is used to identify the PAN during a time window after a network token authorization attempt fails (*e.g.*, a retry window, fallback authorization window, or subsequent processing window). The network token is not used to identify the PAN during this window. |

| Asserted Claim 1 | Identification |
|---|---|
|  | https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/network-tokenization |
| **1[c][vii]:** wherein the first dynamically-changing, temporally unique identifier is different from the second dynamically-changing, temporally unique identifier, | Each of the Accused Products satisfies limitation 1[c][vii] wherein the first dynamically-changing, temporally unique identifier is different from the second dynamically-changing, temporally unique identifier.<br><br>As an example, the acquirer token is different from the network token. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.").<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

45

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



represents Visa-processed transactions

46

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c][viii]:** wherein the first dynamically-changing, temporally unique identifier is not used to identify the first data subject during the second time period, and | Each of the Accused Products satisfies limitation 1[c][viii] wherein the first dynamically-changing, temporally unique identifier is not used to identify the first data subject during the second time period.<br><br>As an example, the acquirer token is not used to identify the first data subject during the second time period(s) described for 1[c][v], such as a time window in which the network token is used, such as the cryptogram eligibility window or authentication window for the network token. This provides anonymity to the first data subject.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.") |

47

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |
| **1[c][ix]:** wherein the second dynamically-changing, temporally unique identifier is not used to identify the first data subject during the first time period, thereby providing anonymity to the first data subject; | Each of the Accused Products satisfies limitation 1[c][ix] wherein the second dynamically-changing, temporally unique identifier is not used to identify the first data subject during the first time period, thereby providing anonymity to the first data subject.<br><br>*See* 1[c][v]-[viii].<br><br>For example, although the network token is used to identify the first data subject during the second time period described for 1[c][v] (*e.g.*, authentication window, cryptogram eligibility window), the network token is not used to identify the first data subject during the first time period(s) described for 1[c][iv]], such as a first part of the payment process involving the acquirer, thereby providing anonymity to the first data subject. *See* Network Tokenization for Merchants (J.P. Morgan, |

48

| Asserted Claim 1 | Identification |
|---|---|
| | February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). As another example, the network token is not used during time period(s) described for 1[c][iv] that involve the acquirer or fallback periods for using the acquirer token. |

**Acquirer tokens vs. network tokens: What's the difference?**

You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.

Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.

Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates.

49

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.
2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.
3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.
4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.
5. Visa passes the PAN and the Visa network token to the issuer for authorization.
6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.
7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.
8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



50

| Asserted Claim 1 | Identification |
|---|---|
| **1[c][x]:** store, in at least one of the one or more memory elements, the two or more dynamically-changing, temporally unique identifiers and the first and second time period data; and | Each of the Accused Products satisfies limitation 1[c][x] store, in at least one of the one or more memory elements, the two or more dynamically-changing, temporally unique identifiers and the first and second time period data.<br><br>For example, JP Morgan Chase backend stores the acquirer token, network token, first time period data and second time period data.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.")<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

51

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



52

| Asserted Claim 1 | Identification |
|---|---|
| **1[c][xi]:** send the two or more dynamically-changing, temporally unique identifiers to the first client. | Each of the Accused Products satisfies limitation 1[c][xi] send the two or more dynamically-changing, temporally unique identifiers to the first client.<br><br>For example, JP Morgan Chase backend sends the acquirer token and the network token to the first client (e.g., a merchant using an API). For example, JP Morgan Chase backend sends the tokens to the merchant after authorization. As another example, JP Morgan Chase backend sends the tokens to the merchant in response to a merchant's request.<br><br>*See, e.g.*, Checkout API v1.8, paymentTokens. *See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.*, authorizationType = AUTH_METHOD_TOKENIZE_ONLY or AUTH_METHOD_VERIFY_ONLY); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata:<br><br>**How tokenization works**<br><br>3. You send a POST request to the /intent endpoint (Set up checkout intent) with either of the following options:<br>   1. authorizationType = AUTH_METHOD_VERIFY_ONLY: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it.<br>   2. authorizationType = AUTH_METHOD_TOKENIZE_ONLY: Use this to get the tokens for the cards or bank accounts without going through the account verification.<br>4. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a GET request to the /notifications endpoint to retrieve the notifications. Refer to the following tables for the details.<br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-notifications/get |

53

| Asserted Claim 1 | Identification |
|---|---|
|  | *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. When a payment is made using a network token, it passes through the approval process, just as a card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing."). <br><br> As another example, Chase sends an acquirer token and network token to a user of Tokenization API, Payments API, and/or Orbital Gateway. <br><br> https://developer.payments.jpmorgan.com/api/commerce/online-payments/overview <br><br> https://developer.payments.jpmorgan.com/api/commerce/online-payments/online-payments/online-payments#/operations/V2PaymentPost <br><br> https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/online-payments/payment-enhancements/tokenization <br><br> https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens <br><br> *See* Orbital Gateway JSON Developer Guide Payments Request Elements (https://developer.jpmorgan.com/api/v0/items/orbital-api/assets/OGW%20JSON%20Developer%20Guide%20Payments%20Request.pdf) *e.g.*, card parent object, *e.g.*, tokenTxnType, dpanInd) |

54

| Asserted Claim 1 | Identification |
|---|---|
| | *See* Orbital Gateway JSON Developer Payments Response Elements (https://developer.jpmorgan.com/api/v0/items/orbital-api/assets/OGW%20JSON%20Developer%20Guide%20Payments%20Response.pdf) *e.g.*, safetechToken, card, "Safetech Token Transaction Type Returned if tokenTxnType=GT or pieMode=FPE or EFPE in the request and there is a token returned"; *e.g.*, networkTokenIdentifier, status, "Token as received from the NWT Server. Returned if merchant has signed up for the NWT service, the transaction meets the eligibility criteria, and a token was successfully fetched from the token service vault.", tokenResponse)<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

55

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1.  First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2.  The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3.  J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4.  Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5.  Visa passes the PAN and the Visa network token to the issuer for authorization.

6.  The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7.  Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8.  J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



represents Visa-processed transactions

56