# Exhibit 5

**U.S. Patent No. 9,087,216 ("'216 Patent")**

**Accused Products**

For each and every claim identified below, the Accused Products include JP Morgan Chase's Merchant Services, including its associated Commerce platform, including Online Payments, Checkout, and Tokenization (including Payments API, Checkout API, and Tokenization API). This includes, without limitation, the Commerce Platform and/or Helix Merchant-Acquiring Payment Processing Platform and/or Helix Connect, JP Morgan Chase's backend for processing transactions with acquirer tokens and network tokens, and all versions or variations thereof. Each Accused Product functions in substantially the same manner with respect to the Asserted Claims. Each claim limitation is literally infringed by each Accused Product. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because the differences between the claim limitation and each Accused Product would be insubstantial, and each Accused Product performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. Notably, Defendant has not yet articulated which, if any, particular claim limitations it believes are not met by the Accused Products. Plaintiff reserves the right to expound on theories under the doctrine of equivalents upon receiving notice of whether and to what extent infringement of any claim limitations are disputed.

**Claim 1**

| Asserted Claim 1 | Identification |
|---|---|
| **1[pre]:** A device, comprising: | To the extent the preamble is construed as a limitation, each of the Accused Products satisfies a device of Claim 1. <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) |

1

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates.<br><br>; *see also* https://developer.payments.jpmorgan.com/docs/commerce/online-payments: |

2

COMMERCE

# Online Payments

**Seamlessly accept, process, and settle online payments with the integration of your choice**

- Direct and customizable API integration
- Multiple methods of payment supported
- Pre-built solutions for accepting payments
- Advanced payment enhancement capabilities

## What you can build

From easy-to-integrate solutions that reduce payment card industry (PCI) scope to fully custom integrations with our APIs, our solutions are designed and tailored to support your growing business.

**Direct API integration  ›**

For a truly custom experience, integrate your payments platform with our Online Payments API.

**Drop-in Checkout UI  ›**

Easily accept payments in your application with a pre-built, customizable UI.

**Checkout hosted pay page  ›**

Make PCI compliance simple with a secure J.P. Morgan hosted payment page.

## Capabilities

Online Payments are the primary payment solutions for card-not-present transactions. They manage the entire payments lifecycle for multiple methods of payment, including card payments, alternative methods of payment, and wallet payments. Additional capabilities let you enhance your payments processing and reduce your risk and sensitive data exposure.

**Direct API  ›**

Custom Online Payments API integration gives you the most control over your business needs.

**Checkout  ›**

Our Checkout solutions help you accept payments with a unified interface.

## Next steps

**Getting started  ›**

Ensure you have everything you need to get started with our APIs for your payment processing.

**Core concepts  ›**

Read our core concepts to build a solid understanding of how to accept and manage payments with the Online Payments APIs.

3

| Asserted Claim 1 | Identification |
|---|---|
|  |  |

4

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[a]:** a communication interface for sending data; | Each accused product satisfies limitation 1[a] a communication interface for sending data. <br><br> For example, JP Morgan Chase Merchant Services (including Commerce Platform and/or Helix Payment Processing Platform) provides a communication interface for sending data. For example, JP Morgan Chase provides a communication interface for sending data to a merchant or a payment processing network, ecosystem, or issuer. <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) |

6

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates.<br><br>; *see also* https://developer.payments.jpmorgan.com/docs/commerce/online-payments: |

7

COMMERCE

# Online Payments

**Seamlessly accept, process, and settle online payments with the integration of your choice**

- Direct and customizable API integration
- Multiple methods of payment supported
- Pre-built solutions for accepting payments
- Advanced payment enhancement capabilities

## What you can build

From easy-to-integrate solutions that reduce payment card industry (PCI) scope to fully custom integrations with our APIs, our solutions are designed and tailored to support your growing business.

**Direct API integration  ›**

For a truly custom experience, integrate your payments platform with our Online Payments API.

**Drop-in Checkout UI  ›**

Easily accept payments in your application with a pre-built, customizable UI.

**Checkout hosted pay page  ›**

Make PCI compliance simple with a secure J.P. Morgan hosted payment page.

## Capabilities

Online Payments are the primary payment solutions for card-not-present transactions. They manage the entire payments lifecycle for multiple methods of payment, including card payments, alternative methods of payment, and wallet payments. Additional capabilities let you enhance your payments processing and reduce your risk and sensitive data exposure.

**Direct API  ›**

Custom Online Payments API integration gives you the most control over your business needs.

**Checkout  ›**

Our Checkout solutions help you accept payments with a unified interface.

## Next steps

**Getting started  ›**

Ensure you have everything you need to get started with our APIs for your payment processing.

**Core concepts  ›**

Read our core concepts to build a solid understanding of how to accept and manage payments with the Online Payments APIs.

8

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[b]:** one or more memory elements having, stored therein, computer program code; and | Each of the Accused Products satisfies limitation 1[b] one or more memory elements having, stored therein, computer program code.<br><br>For example, JP Morgan Chase Merchant Services (including, *e.g.*, Commerce Platform and/or Helix Payment Processing Platform) comprises a server-side or cloud backend which relies on memory storing computer code.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) |

9

| Asserted Claim 1 | Identification |
| --- | --- |
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates.<br><br>; *see also* https://developer.payments.jpmorgan.com/docs/commerce/online-payments: |

10

COMMERCE

# Online Payments

**Seamlessly accept, process, and settle online payments with the integration of your choice**

- Direct and customizable API integration
- Multiple methods of payment supported
- Pre-built solutions for accepting payments
- Advanced payment enhancement capabilities

## What you can build

From easy-to-integrate solutions that reduce payment card industry (PCI) scope to fully custom integrations with our APIs, our solutions are designed and tailored to support your growing business.

**Direct API integration  ›**

For a truly custom experience, integrate your payments platform with our Online Payments API.

**Drop-in Checkout UI  ›**

Easily accept payments in your application with a pre-built, customizable UI.

**Checkout hosted pay page  ›**

Make PCI compliance simple with a secure J.P. Morgan hosted payment page.

## Capabilities

Online Payments are the primary payment solutions for card-not-present transactions. They manage the entire payments lifecycle for multiple methods of payment, including card payments, alternative methods of payment, and wallet payments. Additional capabilities let you enhance your payments processing and reduce your risk and sensitive data exposure.

**Direct API  ›**

Custom Online Payments API integration gives you the most control over your business needs.

**Checkout  ›**

Our Checkout solutions help you accept payments with a unified interface.

## Next steps

**Getting started  ›**

Ensure you have everything you need to get started with our APIs for your payment processing.

**Core concepts  ›**

Read our core concepts to build a solid understanding of how to accept and manage payments with the Online Payments APIs.

11

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c]:** one or more processing units operatively coupled to the one or more memory elements and configured to execute instructions in the computer program code that cause the one or more processing units to: | Each of the Accused Products satisfies limitation 1[c] one or more processing units operatively coupled to the one or more memory elements and configured to execute instructions in the computer program code that cause the one or more processing units to perform the claim limitations below.<br><br>For example, JP Morgan Chase Merchant Services backend (including, *e.g.*, Commerce Platform and/or Helix Payment Processing Platform) comprises a server-side or cloud backend with one or more processing units coupled to memory storing computer code and configured to execute instructions in the code to perform the operations in 1[c] as shown below.<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates.<br><br>; *see also* https://developer.payments.jpmorgan.com/docs/commerce/online-payments: |

12

COMMERCE

# Online Payments

**Seamlessly accept, process, and settle online payments with the integration of your choice**

- Direct and customizable API integration
- Multiple methods of payment supported
- Pre-built solutions for accepting payments
- Advanced payment enhancement capabilities

## What you can build

From easy-to-integrate solutions that reduce payment card industry (PCI) scope to fully custom integrations with our APIs, our solutions are designed and tailored to support your growing business.

**Direct API integration ›**

For a truly custom experience, integrate your payments platform with our Online Payments API.

**Drop-in Checkout UI ›**

Easily accept payments in your application with a pre-built, customizable UI.

**Checkout hosted pay page ›**

Make PCI compliance simple with a secure J.P. Morgan hosted payment page.

## Capabilities

Online Payments are the primary payment solutions for card-not-present transactions. They manage the entire payments lifecycle for multiple methods of payment, including card payments, alternative methods of payment, and wallet payments. Additional capabilities let you enhance your payments processing and reduce your risk and sensitive data exposure.

**Direct API ›**

Custom Online Payments API integration gives you the most control over your business needs.

**Checkout ›**

Our Checkout solutions help you accept payments with a unified interface.

## Next steps

**Getting started ›**

Ensure you have everything you need to get started with our APIs for your payment processing.

**Core concepts ›**

Read our core concepts to build a solid understanding of how to accept and manage payments with the Online Payments APIs.

13

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c][i]:** request a first dynamically-changing, temporally unique identifier and a second dynamically-changing, temporally unique identifier from a first privacy server; | Each of the Accused Products satisfies limitation 1[c][i] request a first dynamically-changing, temporally unique identifier and a second dynamically-changing, temporally unique identifier from a first privacy server. <br><br> For example, JP Morgan Chase's backend (*e.g.*, Commerce Platform, Helix Payment Processing Platform) supports tokenization and requesting a first dynamically-changing, temporally unique identifier and a second dynamically-changing, temporally unique identifier from a first privacy server, such as requesting an acquirer token and a network token from a privacy server, such as a privacy server associated with the backend. For example, as recited in claim 6, the device of claim 1 can reside on or be the same computing device as the privacy server. As another example, the privacy server can be a server used for tokenized payment processing, or a tokenization platform or vault. The acquirer token and the network token are dynamically changing temporally unique identifiers. JP Morgan Chase uses different dynamically-changing temporally unique identifiers to identify the card or primary account number (PAN) during different time periods – the acquirer token during a first time period, and a network token, with a per-transaction cryptogram, during a second time period, such as authorization and/or capture. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). JP Morgan Chase dynamically changes from the acquirer token during a first time period to a network token during a second time period. See *id.* at "Network Tokens In Action." ("J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global payment network."). The identifiers are temporally unique. For example, JP Morgan Chase logs the time when an acquirer token or network token is first created or associated with the card or primary account number, and uses each at different times. <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury- |

| Asserted Claim 1 | Identification |
|---|---|
|  | services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf)  at 6-7 ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used. Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. When a payment is made using a network token, it passes through the approval process, just as a card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). |

15

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates.<br><br>For example, with Checkout API, JP Morgan Chase's backend receives a POST request to the checkout /intent endpoint to setup checkout intent with an authorizationType and/or a GET request to the notifications endpoint to retrieve notifications, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN) and can send the acquirer token and network token to the requestor.  As another example, JP Morgan Chase's backend receives a tokenization request (*e.g.*, Tokenization API) and/or a payment request, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN) and can send the acquirer token and network token to the requestor.<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens |

16

| Asserted Claim 1 | Identification |
| --- | --- |
|  | *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization (Tokenization API)<br><br>*See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.*, authorizationType = AUTH_METHOD_TOKENIZE_ONLY or AUTH_METHOD_VERIFY_ONLY); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata:<br><br>1. You send a POST request to the /intent endpoint (Set up checkout intent) with either of the following options:<br>    1. authorizationType = AUTH_METHOD_VERIFY_ONLY: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it.<br>    2. authorizationType = AUTH_METHOD_TOKENIZE_ONLY: Use this to get the tokens for the cards or bank accounts without going through the account verification.<br>2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a GET request to the /notifications endpoint to retrieve the notifications. Refer to the following tables for the details. |

17

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1.  First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.
2.  The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.
3.  J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.
4.  Visa exchanges the token with the PAN which is stored in the Visa Token Vault.
5.  Visa passes the PAN and the Visa network token to the issuer for authorization.
6.  The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.
7.  Visa forwards the response back to the acquirer, including the Network Token and Issuer response.
8.  J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



18

| Asserted Claim 1 | Identification |
|---|---|
|  | *See* Request a Token, https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens (GET /tokens/{token-reference-id} returns statusChangeTimestamp alongside cardTokenStatus; the POST /tokens response also includes a timestamp field). *See also, e.g.*, createdAt fields in the token-notification JSON in the chart below. |
| **1[c][ii]:** associate the first dynamically-changing, temporally unique identifier with a first data subject and a first one or more data attributes of the first data subject; | Each of the Accused Products satisfies limitation 1[c][ii] associate the first dynamically-changing, temporally unique identifier with a first data subject and a first one or more data attributes of the first data subject. |
|  | For example, JP Morgan Chase backend associates the first dynamically-changing, temporally unique identifier with the first data subject and a first one or more data attributes of the first data subject, such as associating an acquirer token with the primary account number (PAN) and data attributes with respect to the PAN. |
|  | For example, with Checkout API, JP Morgan Chase's backend receives a POST request to the checkout /intent endpoint to setup checkout intent with an authorizationType and/or a GET request to the notifications endpoint to retrieve notifications, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN) and associates the acquirer token with a first one or more data attributes of the PAN (such as checkout reference, transaction reference, transaction amount, fraud check status, card expiry, certain digits (*e.g.*, last four digits), card brand, account holder reference, card status, requestor or requestor ID or TRID, as examples).  As another example, JP Morgan Chase's backend receives a tokenization request (*e.g.*, Tokenization API) and/or a payment request, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN) and associates the acquirer token with a first one or more data attributes of the PAN (such as checkout reference, transaction reference, transaction amount, fraud check status, card expiry, certain digits (*e.g.*, last four digits),  card brand, account holder reference, card status, requestor or requestor ID or TRID, as examples). |

19

| Asserted Claim 1 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata. <br><br> # Tokenization of payment data <br><br> Tokenization is the process of replacing sensitive payment data with a unique identification token that retains all the essential information without compromising security. This approach reduces the amount of sensitive data you must retain, significantly narrows your payment card industry compliance requirements, and lessens the potential impact of data breaches. J.P. Morgan supports the following types of tokens: <br><br> **Network tokens** <br><br> Network tokenization uses a token value assigned by a payment network. This allows you to use the existing token in the payment transactions without de-tokenizing it prior to payment processing. We use the same token in any subsequent actions related to the initial payment, including clearing, settlement, refunds, and dispute processing. <br><br> The networks secure the network tokens (NWTs) using a cryptogram and give a unique value prior to each transaction. The networks use this value to match the cryptogram generated for the authenticated token requester to the cryptogram for transaction processing. Because NWTs are issued by the payment network, they are compatible with any payment provider if you use the cryptogram and other required fields correctly. <br><br> **Safetech tokens** |

20

| Asserted Claim 1 | Identification |
| --- | --- |
| | The tokenization service converts the Primary Account Number (PAN) and bank account information to the acquirer tokens issued by us. Store these tokens safely in your system instead of the full PAN or bank account information.<br><br>**Card tokenization notification response**<br><br>**Method:** GET<br><br>**Endpoint:** /notifications<br><br>**Scenario:** Sample card tokenization notification response.<br><br>{<br>  "messages": [<br>    {<br>      "messageInfo": {<br>        "messageId": "6b02fee0-0a45-4a1b-9bd2-c7029d9ab108",<br>        "receiptHandle": ""<br>      },<br>      "createdAt": "2025-09-30T14:28:17.147924Z",<br>      "tokenNotification": {<br>        "token": "4242427311594242",<br>        "tokenType": "TOKEN_TYPE_ACQUIRER",<br>        "checkoutReference": "1002367306",<br>        "fraudCheckStatus": "FRAUD_CHECK_STATUS_APPROVED",<br>        "status": "STATUS_SUCCESS",<br>        "responseCode": "",<br>        "responseMessage": "", |

21

| Asserted Claim 1 | Identification |
|---|---|
|  | "merchantOrderNumber": "1002367306",<br>  "requestId": "204fd88e8fd848ffab18e5"<br> },<br> "merchantOrderNumber": "1002367306",<br> "requestId": "204fd88e8fd848ffab18e5"<br>},<br>{<br> "messageInfo": {<br>  "messageId": "aa4d9b57-e644-4cf1-9f46-7ada7ac4f4ab",<br>  "receiptHandle": ""<br> },<br> "createdAt": "2025-09-30T14:28:17.160177Z",<br> "orderNotification": {<br>  "checkoutIntent": "CHECKOUT_INTENT_TOKENIZE_ONLY",<br>  "status": "STATUS_SUCCESS",<br>  "transactionReference": "",<br>  "mitTransactionReference": "",<br>  "checkoutReference": "1002367306",<br>  "totalAmount": {<br>   "amount": "0",<br>   "currencyCode": "USD",<br>   "decimalCount": 6<br>  },<br>  "fraudCheckStatus": "FRAUD_CHECK_STATUS_APPROVED",<br>  "cardTypeIndicators": {<br>   "durbinRegulated": false,<br>   "level3Eligible": false,<br>   "issuanceCountry": "",<br>   "cardTypeCategory": "",<br>   "cardIssuerName": "",<br>   "cardProductName": "", |

| Asserted Claim 1 | Identification |
|---|---|
| |    "cardProductType": []<br>    },<br>    "last4OfCardPan": "4242",<br>    "responseCode": "",<br>    "responseMessage": "",<br>    "mandateAcknowledgement": [<br>     {<br>      "mandates": [],<br>      "device": {<br>        "deviceIp": "146.143.132.14",<br>        "userAgent": "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/140.0.0.0 Safari/537.36"<br>      },<br>      "acceptedTimestamp": "2025-09-30T14:28:17.117Z",<br>      "consents": []<br>     }<br>    ],<br>    "merchantOrderNumber": "1002367306",<br>    "paymentMethod": {<br>     "card": {<br>      "cardTypeIndicators": {<br>        "durbinRegulated": false,<br>        "level3Eligible": false,<br>        "issuanceCountry": "",<br>        "cardTypeCategory": "",<br>        "cardIssuerName": "",<br>        "cardProductName": "",<br>        "cardProductType": []<br>      },<br>      "last4CardNumber": "4242",<br>      "expiry": { |

23

| Asserted Claim 1 | Identification |
|---|---|
| | <pre>    "month": 2,<br>    "year": 2029<br>   },<br>   "cardType": "",<br>   "cardTypeName": "",<br>   "networkResponse": {<br>    "addressVerificationResult": "",<br>    "addressVerificationResultCode": "",<br>    "cardVerificationResult": "",<br>    "cardVerificationResultCode": ""<br>   }<br>  },<br>  "paymentMethodType": "PAYMENT_METHOD_TYPE_CODE_CARD",<br>  "maskedAccountNumber": "",<br>  "approvalCode": ""<br> },<br> "requestId": "204fd88e8fd848ffab18e5",<br> "accountHolder": {<br>  "billingAddress": {<br>   "recipientFullName": "",<br>   "line1": "463 Jacobi Stravenue",<br>   "line2": "Suite 344",<br>   "line3": "",<br>   "city": "Estellview",<br>   "state": "CA",<br>   "country": "US",<br>   "postalCode": "09019",<br>   "email": "",<br>   "phone": ""<br>  }<br> },</pre> |

24

| Asserted Claim 1 | Identification |
|---|---|
| | "shopperEmailId": "",<br>"threeDomainSecureTransaction": {<br> "threeDSTransactionStatus": "",<br> "challengeAuthenticationMethod": "",<br> "challengeAuthenticationType": "",<br> "authenticationStatusReasonText": "",<br> "authenticationType": "",<br> "threeDSVersion": "",<br> "threeDSAuthenticationAmount": "0",<br> "threeDSDirectoryServerTransactionId": "",<br> "threeDomainSecureAuthenticationMethodCode": "",<br> "threeDSChallengeType": "",<br> "issuerAssignedAuthenticationFraudScore": ""<br>},<br>"fraudCheckResult": {<br> "fraudCheckStatus": "FRAUD_CHECK_STATUS_APPROVED",<br> "deviceDataUsed": true<br>},<br>"consumerAcknowledgement": [<br> {<br>  "mandates": [],<br>  "consents": []<br> }<br>],<br>"currentPaymentAttemptCount": "1",<br>"maximumPaymentAttemptCount": "7",<br>"totalTransactionAmount": "0",<br>"partialAuthorizationSupport": "",<br>"partialAuthorization": false,<br>"requestedAuthorizationAmount": "0",<br>"totalAuthorizedAmount": "0", |

25

| Asserted Claim 1 | Identification |
|---|---|
| | ```
    "currencyCode": "USD"
  },
  "merchantOrderNumber": "1002367306",
  "requestId": "204fd88e8fd848ffab18e5"

  }
 ],
  "nextPageToken": ""
}
``` |

26

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

*Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



27

| Asserted Claim 1 | Identification |
|---|---|
| **1[c][iii]:** associate the second dynamically-changing, temporally unique identifier with the first data subject and a second one or more data attributes of the first data subject; | Each of the Accused Products satisfies limitation 1[c][iii] associate the second dynamically-changing, temporally unique identifier with the first data subject and a second one or more data attributes of the first data subject.<br><br>For example, JP Morgan Chase backend associates the second dynamically-changing, temporally unique identifier with the first data subject and a second one or more data attributes of the first data subject, such as associating a network token with the primary account number (PAN) and data attributes with respect to the PAN.<br><br>For example, with Checkout API, JP Morgan Chase's backend receives a POST request to the checkout /intent endpoint to setup checkout intent with an authorizationType and/or a GET request to the notifications endpoint to retrieve notifications, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN) and associates the network token with a second one or more data attributes of the PAN (such as checkout reference, transaction reference, transaction amount, fraud check status, card expiry, cryptogram, electronic commerce indicator, certain digits (last four), card brand, account holder reference, card status, requestor or requestor ID or TRID, as examples). As another example, JP Morgan Chase's backend receives a tokenization request (*e.g.*, Tokenization API) and/or a payment request, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN) and associates the network token with a second one or more data attributes of the PAN (checkout reference, transaction reference, transaction amount, fraud check status, card expiry, cryptogram, electronic commerce indicator, certain digits (last four), card brand, account holder reference, card status, requestor or requestor ID or TRID, as examples).<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata. |

28

| Asserted Claim 1 | Identification |
|---|---|
| | # Tokenization of payment data<br><br>Tokenization is the process of replacing sensitive payment data with a unique identification token that retains all the essential information without compromising security. This approach reduces the amount of sensitive data you must retain, significantly narrows your payment card industry compliance requirements, and lessens the potential impact of data breaches. J.P. Morgan supports the following types of tokens:<br><br>**Network tokens**<br><br>Network tokenization uses a token value assigned by a payment network. This allows you to use the existing token in the payment transactions without de-tokenizing it prior to payment processing. We use the same token in any subsequent actions related to the initial payment, including clearing, settlement, refunds, and dispute processing.<br><br>The networks secure the network tokens (NWTs) using a cryptogram and give a unique value prior to each transaction. The networks use this value to match the cryptogram generated for the authenticated token requester to the cryptogram for transaction processing. Because NWTs are issued by the payment network, they are compatible with any payment provider if you use the cryptogram and other required fields correctly.<br><br>**Safetech tokens** |

| Asserted Claim 1 | Identification |
|---|---|
| | The tokenization service converts the Primary Account Number (PAN) and bank account information to the acquirer tokens issued by us. Store these tokens safely in your system instead of the full PAN or bank account information.<br><br>**Card tokenization notification response**<br><br>**Method:** `GET`<br><br>**Endpoint:** `/notifications`<br><br>**Scenario:** Sample card tokenization notification response.<br><br><code>{<br>  "messages": [<br>    {<br>      "messageInfo": {<br>        "messageId": "6b02fee0-0a45-4a1b-9bd2-c7029d9ab108",<br>        "receiptHandle": ""<br>      },<br>      "createdAt": "2025-09-30T14:28:17.147924Z",<br>      "tokenNotification": {<br>        "token": "4242427311594242",<br>        "tokenType": "TOKEN_TYPE_ACQUIRER",<br>        "checkoutReference": "1002367306",<br>        "fraudCheckStatus": "FRAUD_CHECK_STATUS_APPROVED",<br>        "status": "STATUS_SUCCESS",<br>        "responseCode": "",<br>        "responseMessage": "",</code> |

30

| Asserted Claim 1 | Identification |
|---|---|
|  | "merchantOrderNumber": "1002367306",<br>  "requestId": "204fd88e8fd848ffab18e5"<br> },<br>  "merchantOrderNumber": "1002367306",<br>  "requestId": "204fd88e8fd848ffab18e5"<br> },<br> {<br>  "messageInfo": {<br>   "messageId": "aa4d9b57-e644-4cf1-9f46-7ada7ac4f4ab",<br>   "receiptHandle": ""<br>  },<br>  "createdAt": "2025-09-30T14:28:17.160177Z",<br>  "orderNotification": {<br>   "checkoutIntent": "CHECKOUT_INTENT_TOKENIZE_ONLY",<br>   "status": "STATUS_SUCCESS",<br>   "transactionReference": "",<br>   "mitTransactionReference": "",<br>   "checkoutReference": "1002367306",<br>   "totalAmount": {<br>    "amount": "0",<br>    "currencyCode": "USD",<br>    "decimalCount": 6<br>   },<br>   "fraudCheckStatus": "FRAUD_CHECK_STATUS_APPROVED",<br>   "cardTypeIndicators": {<br>    "durbinRegulated": false,<br>    "level3Eligible": false,<br>    "issuanceCountry": "",<br>    "cardTypeCategory": "",<br>    "cardIssuerName": "",<br>    "cardProductName": "", |

31

| Asserted Claim 1 | Identification |
|---|---|
| | "cardProductType": []<br>},<br>"last4OfCardPan": "4242",<br>"responseCode": "",<br>"responseMessage": "",<br>"mandateAcknowledgement": [<br> {<br>  "mandates": [],<br>  "device": {<br>   "deviceIp": "146.143.132.14",<br>   "userAgent": "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/140.0.0.0 Safari/537.36"<br>  },<br>  "acceptedTimestamp": "2025-09-30T14:28:17.117Z",<br>  "consents": []<br> }<br>],<br>"merchantOrderNumber": "1002367306",<br>"paymentMethod": {<br> "card": {<br>  "cardTypeIndicators": {<br>   "durbinRegulated": false,<br>   "level3Eligible": false,<br>   "issuanceCountry": "",<br>   "cardTypeCategory": "",<br>   "cardIssuerName": "",<br>   "cardProductName": "",<br>   "cardProductType": []<br>  },<br>  "last4CardNumber": "4242",<br>  "expiry": { |

32

| Asserted Claim 1 | Identification |
|---|---|
|  |    "month": 2,<br>    "year": 2029<br>  },<br>  "cardType": "",<br>  "cardTypeName": "",<br>  "networkResponse": {<br>    "addressVerificationResult": "",<br>    "addressVerificationResultCode": "",<br>    "cardVerificationResult": "",<br>    "cardVerificationResultCode": ""<br>  }<br>},<br> "paymentMethodType": "PAYMENT_METHOD_TYPE_CODE_CARD",<br> "maskedAccountNumber": "",<br> "approvalCode": ""<br>},<br>"requestId": "204fd88e8fd848ffab18e5",<br>"accountHolder": {<br> "billingAddress": {<br>   "recipientFullName": "",<br>   "line1": "463 Jacobi Stravenue",<br>   "line2": "Suite 344",<br>   "line3": "",<br>   "city": "Estellview",<br>   "state": "CA",<br>   "country": "US",<br>   "postalCode": "09019",<br>   "email": "",<br>   "phone": ""<br> }<br>}, |

33

| Asserted Claim 1 | Identification |
|---|---|
| | "shopperEmailId": "",<br>"threeDomainSecureTransaction": {<br> "threeDSTransactionStatus": "",<br> "challengeAuthenticationMethod": "",<br> "challengeAuthenticationType": "",<br> "authenticationStatusReasonText": "",<br> "authenticationType": "",<br> "threeDSVersion": "",<br> "threeDSAuthenticationAmount": "0",<br> "threeDSDirectoryServerTransactionId": "",<br> "threeDomainSecureAuthenticationMethodCode": "",<br> "threeDSChallengeType": "",<br> "issuerAssignedAuthenticationFraudScore": ""<br>},<br>"fraudCheckResult": {<br> "fraudCheckStatus": "FRAUD_CHECK_STATUS_APPROVED",<br> "deviceDataUsed": true<br>},<br>"consumerAcknowledgement": [<br> {<br>  "mandates": [],<br>  "consents": []<br> }<br>],<br>"currentPaymentAttemptCount": "1",<br>"maximumPaymentAttemptCount": "7",<br>"totalTransactionAmount": "0",<br>"partialAuthorizationSupport": "",<br>"partialAuthorization": false,<br>"requestedAuthorizationAmount": "0",<br>"totalAuthorizedAmount": "0", |

| Asserted Claim 1 | Identification |
|---|---|
| |    "currencyCode": "USD"<br>  },<br>  "merchantOrderNumber": "1002367306",<br>  "requestId": "204fd88e8fd848ffab18e5"<br><br>  }<br>],<br>  "nextPageToken": ""<br><br>} |

35

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®10 network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

*Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



36

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c][iv]:** generate first time period data, wherein the first time period data comprises information defining a first time period during which the first dynamically-changing, temporally unique identifier is used to identify the first data subject and retrieve the associated first one or more data attributes; | Each of the Accused Products satisfies limitation 1[c][iv] generate first time period data, wherein the first time period data comprises information defining a first time period during which the first dynamically-changing, temporally unique identifier is used to identify the first data subject and retrieve the associated first one or more data attributes. <br><br> For example, JP Morgan Chase's backend generates first time period data comprising information defining a first time period during which the acquirer token is used to identify the first data subject (the PAN) and retrieve the associated first one or more data attributes, such as a "first part of the payment process" before it dynamically changes to using the network token to identify the PAN during the later stage of the payment process for authorization and/or capture. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). |

37

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



| Asserted Claim 1 | Identification |
|---|---|
|  | For example, to support the capability for a merchant to call checkout/intent and authorize and/or capture a payment, and/or to submit an authorization and/or capture request to Payments API or Orbital Gateway, the JP Morgan Chase backend uses the acquirer token and retrieve the associated first one or more data attributes (and the notifications endpoint or equivalent delivers the acquirer token) during the pre-authorization or pre-cryptogram window before a cryptogram is requested and before the authorization window ("first time period"). Then, if the merchant is enrolled in the network token service and the transaction is eligible, during the authorization window or cryptogram validity window ("second time period"), JP Morgan switches to using the network token and cryptogram to request or obtain authorization involving a payment network and/or issuer and to retrieve second one or more data attributes. After authorization concludes, a response is delivered to the merchant that contains the full details including the acquirer token, the network token, and cryptogram, and other data attributes.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions.").<br><br>*See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.*, authorizationType = AUTH_METHOD_TOKENIZE_ONLY or AUTH_METHOD_VERIFY_ONLY); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata: |

| Asserted Claim 1 | Identification |
|---|---|
| | **How tokenization works** <br><br> 1. You send a `POST` request to the `/intent` endpoint ([Set up checkout intent](#)) with either of the following options: <br>    1. authorizationType = `AUTH_METHOD_VERIFY_ONLY`: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it. <br>    2. authorizationType = `AUTH_METHOD_TOKENIZE_ONLY`: Use this to get the tokens for the cards or bank accounts without going through the account verification. <br> 2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a `GET` request to the [/notifications](#) endpoint to retrieve the notifications. Refer to the following tables for the details. <br><br> https://developer.payments.jpmorgan.com/api/commerce/online-payments/overview <br><br> https://developer.payments.jpmorgan.com/api/commerce/online-payments/online-payments/online-payments#/operations/V2PaymentPost <br><br> https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/online-payments/payment-enhancements/tokenization <br><br> https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.") |

| Asserted Claim 1 | Identification |
|---|---|
| | As another example, the acquirer token is used to identify the first data subject and retrieve the first one or more data attributes during a first time period (*e.g.*, a time for a process not involving the ecosystem or issuer side), which is different from a second time period (*e.g.*, a period of time for a process in which JP Morgan uses the network token to request authentication or capture and retrieve second one or more data attributes). |
| | As an alternative example, JP Morgan Chase's backend defines that the acquirer token is used to identify the PAN during a time window after a network token authorization attempt fails (*e.g.*, a retry window, fallback authorization window, or subsequent processing window). The network token is not used to identify the PAN during this window. |
| | https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/network-tokenization |
| **1[c][v]:** generate second time period data, wherein the second time period data comprises information defining a second time period during which the second dynamically-changing, temporally unique identifier is used to identify the first data subject and retrieve the associated second one or more data attributes; | Each of the Accused Products satisfies limitation 1[c][v] generate second time period data, wherein the second time period data comprises information defining a second time period during which the second dynamically-changing, temporally unique identifier is used to identify the first data subject and retrieve the associated second one or more data attributes. |
| | As an example, JP Morgan Chase's backend generates second time period data comprising information defining a second time period during which the network token is used to identify the first data subject and retrieve the associated second one or more data attributes, such as the later stage of a payment process involving an authorization window or cryptogram validity window when JP Morgan dynamically changes from using the acquirer token to using the network token to obtain authorization from a payment network or issuer. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). For example, there is a defined time period where the cryptogram is valid and JP Morgan uses the network token to requests or obtains authorization or capture. |

42

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

43

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.
2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.
3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.
4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.
5. Visa passes the PAN and the Visa network token to the issuer for authorization.
6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.
7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.
8. J.P. Morgan sends the response to the merchant.

*Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



44

| Asserted Claim 1 | Identification |
|---|---|
| | For example, to support the capability for a merchant to call checkout/intent and authorize and/or capture a payment, and/or to submit an authorization and/or capture request to Payments API or Orbital Gateway, the JP Morgan Chase backend uses the acquirer token and retrieves the associated first one or more data attributes (and the notifications endpoint or equivalent delivers the acquirer token) during the pre-authorization or pre-cryptogram window before a cryptogram is requested and before the authorization window ("first time period"). Then, if the merchant is enrolled in the network token service and the transaction is eligible, after a cryptogram is requested and during the authorization window or cryptogram validity window ("second time period"), JP Morgan switches to using the network token and cryptogram to request or obtain authorization involving a payment network and/or issuer, and uses the network token to retrieve the associated second one or more data attributes. After authorization concludes, a response is delivered to the merchant that contains the full details including the acquirer token, the network token, cryptogram, and other data attributes.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). |

| Asserted Claim 1 | Identification |
|---|---|
|  | *See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.*, authorizationType = `AUTH_METHOD_TOKENIZE_ONLY` or `AUTH_METHOD_VERIFY_ONLY`); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata: <br><br>**How tokenization works** <br><br>1. You send a `POST` request to the `/intent` endpoint ([Set up checkout intent](#)) with either of the following options: <br>   1. authorizationType = `AUTH_METHOD_VERIFY_ONLY`: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it. <br>   2. authorizationType = `AUTH_METHOD_TOKENIZE_ONLY`: Use this to get the tokens for the cards or bank accounts without going through the account verification. <br>2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a `GET` request to the [/notifications](#) endpoint to retrieve the notifications. Refer to the following tables for the details. <br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/overview <br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/online-payments/online-payments#/operations/V2PaymentPost <br><br>https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/online-payments/payment-enhancements/tokenization <br><br>https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens |

46

| Asserted Claim 1 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.")<br><br>As another example, the acquirer token is used to identify the first data subject and retrieve the first one or more data attributes during a first time period (*e.g.*, a time for a process not involving the ecosystem or issuer side), which is different from a second time period (*e.g.*, a period of time for a process in which JP Morgan uses the network token to request authentication or capture and to retrieve second one or more data attributes).<br><br>As an alternative example, JP Morgan Chase's backend defines that the acquirer token is used to identify the PAN and retrieve the first one or more data attributes during a time window after a network token authorization attempt fails (*e.g.*, a retry window, fallback authorization window, or subsequent processing window). The network token is not used to identify the PAN during this window.<br><br>https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/network-tokenization |
| **1[c][vi]:** wherein the first time period is different from the second time period; | Each of the Accused Products satisfies limitation 1[c][vi] wherein the first time period is different from the second time period.<br><br>As an example, the acquirer token is used to identify the first data subject during a first time period (*e.g.*, an early part of a payment process involving the acquirer or merchant in which the acquirer token is used) which is different from the second time period (*e.g.*, a later part when JP Morgan switches to using the network token to request or obtain authorization or capture from a payment |

| Asserted Claim 1 | Identification |
|---|---|
| | network or issuer). *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.").<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.
2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.
3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.
4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.
5. Visa passes the PAN and the Visa network token to the issuer for authorization.
6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.
7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.
8. J.P. Morgan sends the response to the merchant.

*Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



49

| Asserted Claim 1 | Identification |
|---|---|
| | *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.") <br><br> As another example, the acquirer token is used to identify the first data subject during a first time period (*e.g.*, a time for a process not involving the ecosystem or issuer side), which is different from a second time period (*e.g.*, a period of time for a process in which JP Morgan uses the network token to request authentication or capture). <br><br> As an alternative example, JP Morgan Chase's backend defines that the acquirer token is used to identify the PAN during a time window after a network token authorization attempt fails (*e.g.*, a retry window, fallback authorization window, or subsequent processing window). The network token is not used to identify the PAN during this window. <br><br> https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/network-tokenization |

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c][vii]:** wherein the first dynamically-changing, temporally unique identifier is different from the second dynamically-changing, temporally unique identifier; | Each of the Accused Products satisfies limitation 1[c][vii] wherein the first dynamically-changing, temporally unique identifier is different from the second dynamically-changing, temporally unique identifier. As an example, the acquirer token is different from the network token. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). <br><br> **Acquirer tokens vs. network tokens: What's the difference?** <br><br> You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing. <br><br> Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction. <br><br> Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

51

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

*Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



52

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c][viii]:** wherein the first dynamically-changing, temporally unique identifier is not used to identify the first data subject and retrieve the associated first one or more data attributes during the second time period, and | Each of the Accused Products satisfies limitation1[c][viii] wherein the first dynamically-changing, temporally unique identifier is not used to identify the first data subject and retrieve the associated first one or more data attributes during the second time period. <br><br> As an example, the acquirer token is not used to identify the first data subject and retrieve the associated first one or more data attributes during the second time period(s) described for 1[c][v], such as a time window in which the network token is used, such as the cryptogram eligibility window or authentication window for the network token. This provides anonymity to the first data subject. <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). |

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

54

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



55

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c][ix]:** wherein the second dynamically-changing, temporally unique identifier is not used to identify the first data subject and retrieve the associated second one or more data attributes during the first time period, thereby providing anonymity of the first data subject; | Each of the Accused Products satisfies limitation 1[c][ix] wherein the second dynamically-changing, temporally unique identifier is not used to identify the first data subject and retrieve the associated second one or more data attributes during the first time period, thereby providing anonymity of the first data subject.<br><br>For example, although the network token is used to identify the first data subject during the second time period described for 1[c][v] (*e.g.*, authentication window, cryptogram eligibility window), the network token is not used to identify the first data subject during the first time period(s) described for 1[c][iv], such as a first part of the payment process involving the acquirer, thereby providing anonymity to the first data subject. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). As another example, the network token is not used during time period(s) described for 1[c][iv] that involve the acquirer or fallback periods for using the acquirer token.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). |

56

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

57

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



58

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c][x]:** store, in at least one of the one or more memory elements, the first and second dynamically-changing, temporally unique identifiers, the first and second one or more data attributes, and the first and second time period data; | Each of the Accused Products satisfies limitation 1[c][x] store, in at least one of the one or more memory elements, the first and second dynamically-changing, temporally unique identifiers, the first and second one or more data attributes, and the first and second time period data.<br><br>For example, JP Morgan Chase backend stores the acquirer token, the network token, the first time period data, second time period data, and the first one or more data attributes and second one or more data attributes.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). |

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

60

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.
2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.
3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.
4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.
5. Visa passes the PAN and the Visa network token to the issuer for authorization.
6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.
7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.
8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



61

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c][xi]:** send, in response to a determination that a first condition has been met, the first dynamically-changing, temporally unique identifier, the first time period data, and the first one or more data attributes to the first privacy server; and | Each of the Accused Products satisfies limitation 1[c][xi] send, in response to a determination that a first condition has been met, the first dynamically-changing, temporally unique identifier, the first time period data, and the first one or more data attributes to the first privacy server. <br><br> For example, JP Morgan Chase backend sends, in response to a determination that a first condition has been met, the first dynamically-changing, temporally unique identifier (acquirer token), the first time period data described for 1[c][iv], and the first one or more data attributes described for 1[c][ii], to the first privacy server. <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). |

62

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



64

| Asserted Claim 1 | Identification |
|---|---|
| | |
| **1[c][xii]:** send, in response to a determination that a second condition has been met, the second dynamically-changing, temporally unique identifier, the second time period data, and the second one or more data attributes to the first privacy server. | Each of the Accused Products satisfies limitation 1[c][xii] send, in response to a determination that a second condition has been met, the second dynamically-changing, temporally unique identifier, the second time period data, and the second one or more data attributes to the first privacy server. <br><br> For example, JP Morgan Chase backend sends, in response to a determination that a second condition has been met, the second dynamically-changing, temporally unique identifier (network token), the second time period data described for 1[c][v], and the second one or more data attributes described for 1[c][iii], to the first privacy server. <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). |

65

| Asserted Claim 1 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

66

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



67