# Exhibit 6

**U.S. Patent No. 9,129,133 ("'133 Patent")**

**Accused Products**

For each and every claim identified below, the Accused Products include JP Morgan Chase's Merchant Services, including its associated Commerce platform, including Online Payments, Checkout, and Tokenization (including Payments API, Checkout API, and Tokenization API). This includes, without limitation, the Commerce Platform and/or Helix Merchant-Acquiring Payment Processing Platform and/or Helix Connect, JP Morgan Chase's backend for processing transactions with acquirer tokens and network tokens, and all versions or variations thereof. Each Accused Product functions in substantially the same manner with respect to the Asserted Claims. Each claim limitation is literally infringed by each Accused Product. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because the differences between the claim limitation and each Accused Product would be insubstantial, and each Accused Product performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. Notably, Defendant has not yet articulated which, if any, particular claim limitations it believes are not met by the Accused Products. Plaintiff reserves the right to expound on theories under the doctrine of equivalents upon receiving notice of whether and to what extent infringement of any claim limitations are disputed.

| Asserted Claim 14 | Identification |
|---|---|
| **14[pre]:** A non-transitory computer readable medium comprising computer executable instructions stored thereon to cause one or more processing units to: | To the extent the preamble is construed as a limitation, each of the Accused Products satisfies a non-transitory computer readable medium comprising computer executable instructions stored thereon to cause one or more processing units to: each limitation of claim 14 as shown below. For example, JP Morgan Chase Merchant Services backend is configured to perform each limitation of claim 14 in accordance with computer executable instructions, such as computer code, that is stored on a non-transitory computer readable medium. JP Morgan Chase describes modes of operation for its Merchant Services features online, such as on web domain jpmorgan.com. |
| | *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf)  at 6-7 ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values |

1

| Asserted Claim 14 | Identification |
|---|---|
| | known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used. Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. When a payment is made using a network token, it passes through the approval process, just as a card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms <br><br> ; *see also* https://developer.payments.jpmorgan.com/docs/commerce/online-payments: |

2

COMMERCE

# Online Payments

**Seamlessly accept, process, and settle online payments with the integration of your choice**

- Direct and customizable API integration
- Multiple methods of payment supported
- Pre-built solutions for accepting payments
- Advanced payment enhancement capabilities

## What you can build

From easy-to-integrate solutions that reduce payment card industry (PCI) scope to fully custom integrations with our APIs, our solutions are designed and tailored to support your growing business.

**Direct API integration** ›

For a truly custom experience, integrate your payments platform with our Online Payments API.

**Drop-in Checkout UI** ›

Easily accept payments in your application with a pre-built, customizable UI.

**Checkout hosted pay page** ›

Make PCI compliance simple with a secure J.P. Morgan hosted payment page.

## Capabilities

Online Payments are the primary payment solutions for card-not-present transactions. They manage the entire payments lifecycle for multiple methods of payment, including card payments, alternative methods of payment, and wallet payments. Additional capabilities let you enhance your payments processing and reduce your risk and sensitive data exposure.

**Direct API** ›

Custom Online Payments API integration gives you the most control over your business needs.

**Checkout** ›

Our Checkout solutions help you accept payments with a unified interface.

## Next steps

**Getting started** ›

Ensure you have everything you need to get started with our APIs for your payment processing.

**Core concepts** ›

Read our core concepts to build a solid understanding of how to accept and manage payments with the Online Payments APIs.

3

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



represents Visa-processed transactions

4

| Asserted Claim 14 | Identification |
|---|---|
|  |  |
| **14[a]:** generate or receive two or more dynamically-changing, temporally unique identifiers; | Each of the Accused Products satisfies limitation 14[a] generate or receive two or more dynamically-changing, temporally unique identifiers.<br><br>For example, JP Morgan Chase generates or receives two or more dynamically-changing, temporally unique identifiers, such as an acquirer token and a network token. The acquirer token and the network token are dynamically changing temporally unique identifiers. JP Morgan Chase uses different dynamically-changing temporally unique identifiers to identify the card or primary account number (PAN) during different time periods – the acquirer token during a first time period, and a network token, with a per-transaction cryptogram, during a second time period, such as authorization and/or capture. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). JP Morgan Chase dynamically changes from the acquirer token during a first time period to a network token during a second time period. See *id.* at "Network Tokens In Action." ("J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global payment network.")  The identifiers are temporally unique. For example, JP Morgan Chase logs the time when an acquirer token or network token is first created or associated with the card or primary account number, and uses each at different times.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf)  at 6-7 ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the |

5

| Asserted Claim 14 | Identification |
| --- | --- |
| | underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used. Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. When a payment is made using a network token, it passes through the approval process, just as a card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). <br><br> **Acquirer tokens vs. network tokens: What's the difference?** <br><br> You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing. <br><br> Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction. <br><br> Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



represents Visa-processed transactions

7

| Asserted Claim 14 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms<br><br>https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata.<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization (Tokenization API)<br><br>*See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.,* authorizationType = `AUTH_METHOD_TOKENIZE_ONLY` or `AUTH_METHOD_VERIFY_ONLY`); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata:<br><br>1. You send a `POST` request to the `/intent` endpoint (Set up checkout intent) with either of the following options:<br>   1. authorizationType = `AUTH_METHOD_VERIFY_ONLY`: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it.<br>   2. authorizationType = `AUTH_METHOD_TOKENIZE_ONLY`: Use this to get the tokens for the cards or bank accounts without going through the account verification.<br>2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a `GET` request to |

8

| Asserted Claim 14 | Identification |
|---|---|
| | the /notifications endpoint to retrieve the notifications. Refer to the following tables for the details.<br><br>*See* Request a Token, https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/ tokenization/how-to/request-tokens (GET /tokens/{token-reference-id} returns statusChangeTimestamp alongside cardTokenStatus; the POST /tokens response also includes a timestamp field). *See also, e.g.,* createdAt fields in the token-notification JSON in the chart below. |
| **14[b]:** associate the two or more dynamically-changing, temporally unique identifiers with a first data subject; | Each of the Accused Products satisfies limitation 14[b] associate the two or more dynamically-changing, temporally unique identifiers with a first data subject.<br><br>For example, JP Morgan Chase backend associates the two or more dynamically-changing, temporally unique identifiers with the first data subject, such as associating an acquirer token and a network token with the primary account number (PAN). *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.").<br><br>For example, with Checkout API, JP Morgan Chase's backend receives a POST request to the checkout /intent endpoint to setup checkout intent with an authorizationType and/or a GET request to the notifications endpoint to retrieve notifications, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN).<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) at 6-7 ("How does network tokenization work? Network tokenization replaces |

| Asserted Claim 14 | Identification |
|---|---|
| | sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used. Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. When a payment is made using a network token, it passes through the approval process, just as a card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms |

10

| Asserted Claim 14 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

11

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



represents Visa-processed transactions

12

| Asserted Claim 14 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.,* authorizationType = `AUTH_METHOD_TOKENIZE_ONLY` or `AUTH_METHOD_VERIFY_ONLY`); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata: <br><br> ## How tokenization works <br><br> 1. You send a `POST` request to the `/intent` endpoint (Set up checkout intent) with either of the following options: <br>    1. authorizationType = `AUTH_METHOD_VERIFY_ONLY`: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it. <br>    2. authorizationType = `AUTH_METHOD_TOKENIZE_ONLY`: Use this to get the tokens for the cards or bank accounts without going through the account verification. <br> 2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a `GET` request to the /notifications endpoint to retrieve the notifications. Refer to the following tables for the details. <br><br> As another example, JP Morgan Chase's backend receives a tokenization request (*e.g.,* Tokenization API) and/or a payment request, and in response, JP Morgan Chase's backend associates an acquirer token and a network token with the primary account number (PAN). <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization (Tokenization API) <br><br> https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens |

| Asserted Claim 14 | Identification |
|---|---|
| **14[c]:** associate one or more data attributes with a first one of the two or more dynamically-changing, temporally unique identifier; | Each of the Accused Products satisfies limitation 14[c] associate one or more data attributes with a first one of the two or more dynamically-changing, temporally unique identifiers.<br><br>For example, JP Morgan Chase backend associates one or more data attributes with a first one of the two or more dynamically-changing, temporally unique identifiers.<br><br>As another example, JP Morgan Chase associates one or more data attributes with an acquirer token, such as token type, checkout reference, transaction reference, transaction amount, fraud check status, card expiry, certain digits (*e.g.,* last four digits), card brand, account holder reference, card status, requestor or requestor ID or TRID, as examples, and it associates one or more data attributes with a network token, such as token type, checkout reference, transaction reference, transaction amount, fraud check status, card expiry, cryptogram, electronic commerce indicator, certain digits (*e.g.,* last four), card brand, account holder reference, card status, requestor or requestor ID or TRID, as examples. *See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata.<br><br># Tokenization of payment data<br><br>Tokenization is the process of replacing sensitive payment data with a unique identification token that retains all the essential information without compromising security. This approach reduces the amount of sensitive data you must retain, significantly narrows your payment card industry compliance requirements, and lessens the potential impact of data breaches. J.P. Morgan supports the following types of tokens: |

14

## Network tokens

Network tokenization uses a token value assigned by a payment network. This allows you to use the existing token in the payment transactions without de-tokenizing it prior to payment processing. We use the same token in any subsequent actions related to the initial payment, including clearing, settlement, refunds, and dispute processing.

The networks secure the network tokens (NWTs) using a cryptogram and give a unique value prior to each transaction. The networks use this value to match the cryptogram generated for the authenticated token requester to the cryptogram for transaction processing. Because NWTs are issued by the payment network, they are compatible with any payment provider if you use the cryptogram and other required fields correctly.

## Safetech tokens

The tokenization service converts the Primary Account Number (PAN) and bank account information to the acquirer tokens issued by us. Store these tokens safely in your system instead of the full PAN or bank account information.

## Card tokenization notification response

**Method:** GET

**Endpoint:** /notifications

**Scenario:** Sample card tokenization notification response.

15

| Asserted Claim 14 | Identification |
|---|---|
| | {<br> "messages": [<br>  {<br>   "messageInfo": {<br>    "messageId": "6b02fee0-0a45-4a1b-9bd2-c7029d9ab108",<br>    "receiptHandle": ""<br>   },<br>   "createdAt": "2025-09-30T14:28:17.147924Z",<br>   "tokenNotification": {<br>    "token": "4242427311594242",<br>    "tokenType": "TOKEN_TYPE_ACQUIRER",<br>    "checkoutReference": "1002367306",<br>    "fraudCheckStatus": "FRAUD_CHECK_STATUS_APPROVED",<br>    "status": "STATUS_SUCCESS",<br>    "responseCode": "",<br>    "responseMessage": "",<br>    "merchantOrderNumber": "1002367306",<br>    "requestId": "204fd88e8fd848ffab18e5"<br>   },<br>   "merchantOrderNumber": "1002367306",<br>   "requestId": "204fd88e8fd848ffab18e5"<br>  },<br>  {<br>   "messageInfo": {<br>    "messageId": "aa4d9b57-e644-4cf1-9f46-7ada7ac4f4ab",<br>    "receiptHandle": ""<br>   },<br>   "createdAt": "2025-09-30T14:28:17.160177Z",<br>   "orderNotification": { |

| Asserted Claim 14 | Identification |
|---|---|
| | "checkoutIntent": "CHECKOUT_INTENT_TOKENIZE_ONLY",<br>"status": "STATUS_SUCCESS",<br>"transactionReference": "",<br>"mitTransactionReference": "",<br>"checkoutReference": "1002367306",<br>"totalAmount": {<br>  "amount": "0",<br>  "currencyCode": "USD",<br>  "decimalCount": 6<br>},<br>"fraudCheckStatus": "FRAUD_CHECK_STATUS_APPROVED",<br>"cardTypeIndicators": {<br>  "durbinRegulated": false,<br>  "level3Eligible": false,<br>  "issuanceCountry": "",<br>  "cardTypeCategory": "",<br>  "cardIssuerName": "",<br>  "cardProductName": "",<br>  "cardProductType": []<br>},<br>"last4OfCardPan": "4242",<br>"responseCode": "",<br>"responseMessage": "",<br>"mandateAcknowledgement": [<br>  {<br>    "mandates": [],<br>    "device": {<br>      "deviceIp": "146.143.132.14",<br>      "userAgent": "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/140.0.0.0 Safari/537.36" |

17

| Asserted Claim 14 | Identification |
|---|---|
| |      },<br>      "acceptedTimestamp": "2025-09-30T14:28:17.117Z",<br>      "consents": []<br>     }<br>    ],<br>    "merchantOrderNumber": "1002367306",<br>    "paymentMethod": {<br>     "card": {<br>      "cardTypeIndicators": {<br>       "durbinRegulated": false,<br>       "level3Eligible": false,<br>       "issuanceCountry": "",<br>       "cardTypeCategory": "",<br>       "cardIssuerName": "",<br>       "cardProductName": "",<br>       "cardProductType": []<br>      },<br>      "last4CardNumber": "4242",<br>      "expiry": {<br>       "month": 2,<br>       "year": 2029<br>      },<br>      "cardType": "",<br>      "cardTypeName": "",<br>      "networkResponse": {<br>       "addressVerificationResult": "",<br>       "addressVerificationResultCode": "",<br>       "cardVerificationResult": "",<br>       "cardVerificationResultCode": ""<br>      } |

18

| Asserted Claim 14 | Identification |
|---|---|
| | ```json<br>    },<br>     "paymentMethodType": "PAYMENT_METHOD_TYPE_CODE_CARD",<br>     "maskedAccountNumber": "",<br>     "approvalCode": ""<br>    },<br>    "requestId": "204fd88e8fd848ffab18e5",<br>    "accountHolder": {<br>     "billingAddress": {<br>       "recipientFullName": "",<br>       "line1": "463 Jacobi Stravenue",<br>       "line2": "Suite 344",<br>       "line3": "",<br>       "city": "Estellview",<br>       "state": "CA",<br>       "country": "US",<br>       "postalCode": "09019",<br>       "email": "",<br>       "phone": ""<br>     }<br>    },<br>    "shopperEmailId": "",<br>    "threeDomainSecureTransaction": {<br>     "threeDSTransactionStatus": "",<br>     "challengeAuthenticationMethod": "",<br>     "challengeAuthenticationType": "",<br>     "authenticationStatusReasonText": "",<br>     "authenticationType": "",<br>     "threeDSVersion": "",<br>     "threeDSAuthenticationAmount": "0",<br>     "threeDSDirectoryServerTransactionId": "",<br>``` |

19

| Asserted Claim 14 | Identification |
|---|---|
| |            "threeDomainSecureAuthenticationMethodCode": "",<br>            "threeDSChallengeType": "",<br>            "issuerAssignedAuthenticationFraudScore": ""<br>          },<br>          "fraudCheckResult": {<br>            "fraudCheckStatus": "FRAUD_CHECK_STATUS_APPROVED",<br>            "deviceDataUsed": true<br>          },<br>          "consumerAcknowledgement": [<br>            {<br>              "mandates": [],<br>              "consents": []<br>            }<br>          ],<br>          "currentPaymentAttemptCount": "1",<br>          "maximumPaymentAttemptCount": "7",<br>          "totalTransactionAmount": "0",<br>          "partialAuthorizationSupport": "",<br>          "partialAuthorization": false,<br>          "requestedAuthorizationAmount": "0",<br>          "totalAuthorizedAmount": "0",<br>          "currencyCode": "USD"<br>        },<br>        "merchantOrderNumber": "1002367306",<br>        "requestId": "204fd88e8fd848ffab18e5"<br>      }<br>    ],<br>    "nextPageToken": ""<br>} |

20

| Asserted Claim 14 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms. ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.") <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) at 6-7 ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used. Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. When a payment is made using a network token, it passes through the approval process, just as a card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). |

21

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



22

| Asserted Claim 14 | Identification |
|---|---|
| | |
| **14[d]:** generate first time period data, wherein the first time period data comprises information defining a first time period during which the first one of the two or more dynamically-changing, temporally unique identifiers associated with the first data subject is used to identify the first data subject and to retrieve the associated one or more data attributes; | Each of the Accused Products satisfies limitation 14[d] generate first time period data, wherein the first time period data comprises information defining a first time period during which the first one of the two or more dynamically-changing, temporally unique identifiers associated with the first data subject is used to identify the first data subject and to retrieve the associated one or more data attributes.<br><br>As an example, JP Morgan Chase backend generates first time period data comprising information defining a first time period during which the acquirer token is used to identify the first data subject and to retrieve the associated one or more data attributes.<br><br>For example, JP Morgan Chase's backend generates first time period data comprising information defining a first time period during which the acquirer token is used to identify the first data subject (the PAN) and retrieve the associated one or more data attributes, such as a "first part of the payment process" before it dynamically changes to using the network token to identify the PAN during the later stage of the payment process for authorization and/or capture. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). |

23

| Asserted Claim 14 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

24

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®10 network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



25

| Asserted Claim 14 | Identification |
|---|---|
| | For example, to support the capability for a merchant to call checkout/intent and authorize and/or capture a payment, and/or to submit an authorization and/or capture request to Payments API or Orbital Gateway, the JP Morgan Chase backend uses the acquirer token to identify the PAN and retrieve the one or more data attributes (and the notifications endpoint or equivalent delivers the acquirer token) during the pre-authorization or pre-cryptogram window before a cryptogram is requested and before the authorization window ("first time period"). Then, if the merchant is enrolled in the network token service and the transaction is eligible, during the authorization window or cryptogram validity window ("second time period"), JP Morgan switches to using the network token and cryptogram to request or obtain authorization involving a payment network and/or issuer. After authorization concludes, a response is delivered to the merchant that contains the full details including the acquirer token, the network token, and cryptogram. <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). |

26

| Asserted Claim 14 | Identification |
|---|---|
|  | *See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.,* authorizationType = `AUTH_METHOD_TOKENIZE_ONLY` or `AUTH_METHOD_VERIFY_ONLY`); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata:<br><br>**How tokenization works**<br><br>1. You send a `POST` request to the `/intent` endpoint (Set up checkout intent) with either of the following options:<br>   1. authorizationType = `AUTH_METHOD_VERIFY_ONLY`: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it.<br>   2. authorizationType = `AUTH_METHOD_TOKENIZE_ONLY`: Use this to get the tokens for the cards or bank accounts without going through the account verification.<br>2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a `GET` request to the /notifications endpoint to retrieve the notifications. Refer to the following tables for the details.<br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/overview<br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/online-payments/online-payments#/operations/V2PaymentPost<br><br>https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/online-payments/payment-enhancements/tokenization |

27

| Asserted Claim 14 | Identification |
|---|---|
| | https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.")<br><br>As another example, the acquirer token is used to identify the first data subject during a first time period (*e.g.,* a time for a process not involving the ecosystem or issuer side), which is different from a second time period (*e.g.,* a period of time for a process in which JP Morgan uses the network token to request authentication or capture).<br><br>As an alternative example, JP Morgan Chase's backend defines that the acquirer token is used to identify the PAN and retrieve the one or more data attributes during a time window after a network token authorization attempt fails (*e.g.,* a retry window, fallback authorization window, or subsequent processing window). The network token is not used to identify the PAN during this window.<br><br>https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/network-tokenization |
| **14[e]:** generate second time period data, wherein the second time period data comprises information defining a second time period during which a second one of the two or more dynamically-changing, temporally unique | Each of the Accused Products satisfies limitation 14[e] generate second time period data, wherein the second time period data comprises information defining a second time period during which a second one of the two or more dynamically-changing, temporally unique identifiers associated with the first data subject is used to identify the first data subject.<br><br>As an example, JP Morgan Chase's backend generates second time period data comprising information defining a second time period during which the network token is used to identify the first data subject, such as the later stage of a payment process involving an authorization window |

28

| Asserted Claim 14 | Identification |
|---|---|
| identifiers associated with the first data subject is used to identify the first data subject, | or cryptogram validity window when JP Morgan dynamically changes from using the acquirer token to using the network token to obtain authorization from a payment network or issuer. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). For example, there is a defined time period where the cryptogram is valid and JP Morgan uses the network token to requests or obtains authorization or capture.<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



represents Visa-processed transactions

8   /   NETWORK TOKENIZATION FOR MERCHANTS                                                    jpmorgan.com/payments

30

| Asserted Claim 14 | Identification |
|---|---|
| | For example, to support the capability for a merchant to call checkout/intent and authorize and/or capture a payment, and/or to submit an authorization and/or capture request to Payments API or Orbital Gateway, the JP Morgan Chase backend uses the acquirer token (and the notifications endpoint or equivalent delivers the acquirer token) during the pre-authorization or pre-cryptogram window before a cryptogram is requested and before the authorization window ("first time period"). Then, if the merchant is enrolled in the network token service and the transaction is eligible, after a cryptogram is requested and during the authorization window or cryptogram validity window ("second time period"), JP Morgan switches to using the network token and cryptogram to request or obtain authorization involving a payment network and/or issuer. After authorization concludes, a response is delivered to the merchant that contains the full details including the acquirer token, the network token, and cryptogram. <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). <br><br> *See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.,* authorizationType = `AUTH_METHOD_TOKENIZE_ONLY` or `AUTH_METHOD_VERIFY_ONLY`); |

31

| Asserted Claim 14 | Identification |
|---|---|
| | https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata: <br><br> ## How tokenization works <br><br> 1. You send a POST request to the /intent endpoint ([Set up checkout intent](#)) with either of the following options: <br>    1. authorizationType = AUTH_METHOD_VERIFY_ONLY: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it. <br>    2. authorizationType = AUTH_METHOD_TOKENIZE_ONLY: Use this to get the tokens for the cards or bank accounts without going through the account verification. <br> 2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a GET request to the [/notifications](#) endpoint to retrieve the notifications. Refer to the following tables for the details. <br><br> https://developer.payments.jpmorgan.com/api/commerce/online-payments/overview <br><br> https://developer.payments.jpmorgan.com/api/commerce/online-payments/online-payments/online-payments#/operations/V2PaymentPost <br><br> https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/online-payments/payment-enhancements/tokenization <br><br> https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens <br><br> *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens |

| Asserted Claim 14 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.")<br><br>As another example, the acquirer token is used to identify the first data subject during a first time period (*e.g.,* a time for a process not involving the ecosystem or issuer side), which is different from a second time period (*e.g.,* a period of time for a process in which JP Morgan uses the network token to request authentication or capture).<br><br>As an alternative example, JP Morgan Chase's backend defines that the acquirer token is used to identify the PAN during a time window after a network token authorization attempt fails (*e.g.,* a retry window, fallback authorization window, or subsequent processing window). The network token is not used to identify the PAN duringin this window.<br><br>https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/network-tokenization<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata ("The networks secure the network tokens (NWTs) using a cryptogram and give a unique value prior to each transaction. The networks use this value to match the cryptogram generated for the authenticated token requester to the cryptogram for transaction processing. Because NWTs are issued by the payment network, they are compatible with any payment provider if you use the cryptogram and other required fields correctly.")<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one |

33

| Asserted Claim 14 | Identification |
|---|---|
| | time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.") |
| | *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) ("How does network tokenization work? Network tokenization replaces sensitive information, such as the Personal Account Number (PAN), with randomized values known as tokens. A network token uses the same format as the number it replaces to enable smooth integration into existing transaction processes. These network tokens cannot be altered to reveal the underlying credentials, making them an effective tool to secure digital data. Rules can be applied to network tokens to define how, where and/or when they can be used.") ("Cryptograms. These dynamically-generated values are tied to individual network tokens and restrict their use through domain controls, enabling greater security for customer-initiated transactions."). |
| **14[f]** wherein the first time period is different from the second time period; | Each of the Accused Products satisfies limitation 14[f] wherein the first time period is different from the second time period. |
| | As an example, the acquirer token is used to identify the first data subject during a first time period (*e.g.,* an early part of a payment process involving the acquirer or merchant in which the acquirer token is used) which is different from the second time period (*e.g.,* a later part when JP Morgan switches to using the network token to request or obtain authorization or capture from a payment network or issuer). *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) (https://www.jpmorgan.com/insights/payments/merchant-services/network-tokenization-for-merchants) (https://www.jpmorgan.com/content/dam/jpm/cib/complex/content/treasury-services/network-tokenization-for-merchants/visa-network-tokenization-for-merchants-ada-complaint.pdf) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). |

34

| Asserted Claim 14 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?** <br><br> You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing. <br><br> Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction. <br><br> Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



represents Visa-processed transactions

36

| Asserted Claim 14 | Identification |
|---|---|
| | *See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.")<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata ("The networks secure the network tokens (NWTs) using a cryptogram and give a unique value prior to each transaction. The networks use this value to match the cryptogram generated for the authenticated token requester to the cryptogram for transaction processing. Because NWTs are issued by the payment network, they are compatible with any payment provider if you use the cryptogram and other required fields correctly.")<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata<br><br>As another example, the acquirer token is used to identify the first data subject during a first time period (*e.g.,* a time for a process not involving the ecosystem or issuer side), which is different from a second time period (*e.g.,* a period of time for a process in which JP Morgan uses the network token to request authentication or capture).<br><br>As an alternative example, JP Morgan Chase's backend defines that the acquirer token is used to identify the PAN during a time window after a network token authorization attempt fails (*e.g.,* a retry window, fallback authorization window, or subsequent processing window). The network token is not used to identify the PAN during this window.<br><br>https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/network-tokenization |

37

| Asserted Claim 14 | Identification |
|---|---|
| | |
| **14[g]** wherein the first dynamically-changing, temporally unique identifier is different from the second dynamically-changing, temporally unique identifier; | Each of the Accused Products satisfies limitation 14[g] wherein the first dynamically-changing, temporally unique identifier is different from the second dynamically-changing, temporally unique identifier.<br><br>As an example, the acquirer token is different from the network token. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.").<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

*Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



39

| Asserted Claim 14 | Identification |
|---|---|
| | |
| **14[h]** wherein the first dynamically-changing, temporally unique identifier is not used to identify the first data subject during the second time period, and | Each of the Accused Products satisfies limitation 14[h] wherein the first dynamically-changing, temporally unique identifier is not used to identify the first data subject during the second time period. <br><br> As an example, the acquirer token is not used to identify the first data subject during the second time period(s) described above, such as a time window in which the network token is used, such as the cryptogram eligibility window or authentication window for the network token. <br><br> *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.") |

| Asserted Claim 14 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

41

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

*Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



42

| Asserted Claim 14 | Identification |
|---|---|
|  |  |
| **14[i]** wherein the second dynamically-changing, temporally unique identifier is not used to identify the first data subject during the first time period, thereby providing anonymity to the first data subject; | Each of the Accused Products satisfies limitation 14[i] wherein the second dynamically-changing, temporally unique identifier is not used to identify the first data subject during the first time period, thereby providing anonymity to the first data subject.

For example, although the network token is used to identify the first data subject during the second time period described above (*e.g.,* authentication window, cryptogram eligibility window), the network token is not used to identify the first data subject during the first time period(s) described above, such as a first part of the payment process involving the acquirer, thereby providing anonymity to the first data subject. *See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer."). As another example, the network token is not used during time period(s) described for 14[d] that involve the acquirer or fallback periods for using the acquirer token. |

43

| Asserted Claim 14 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

44

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1.  First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2.  The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3.  J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4.  Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5.  Visa passes the PAN and the Visa network token to the issuer for authorization.

6.  The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7.  Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8.  J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



45

| Asserted Claim 14 | Identification |
|---|---|
| **14[j]** store, in at least one of one or more memory elements, the first two or more dynamically-changing, temporally unique identifiers, the one or more data attributes, and the first and second time period data; | Each of the Accused Products satisfies limitation 14[j] store, in at least one of one or more memory elements, the first two or more dynamically-changing, temporally unique identifiers, the one or more data attributes, and the first and second time period data.<br><br>For example, JP Morgan Chase backend stores the acquirer token, network token, the one or more data attributes, and the first time period data and second time period data.<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 7 ("Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer.")<br><br>**Acquirer tokens vs. network tokens: What's the difference?**<br><br>You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.<br><br>Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.<br><br>Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

46

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*

**Chakib Bouda**
Head of Token ID



47

| Asserted Claim 14 | Identification |
|---|---|
|  | *See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata ("Network tokenization uses a token value assigned by a payment network. This allows you to use the existing token in the payment transactions without de-tokenizing it prior to payment processing. We use the same token in any subsequent actions related to the initial payment, including clearing, settlement, refunds, and dispute processing.")<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata ("The networks secure the network tokens (NWTs) using a cryptogram and give a unique value prior to each transaction. The networks use this value to match the cryptogram generated for the authenticated token requester to the cryptogram for transaction processing. Because NWTs are issued by the payment network, they are compatible with any payment provider if you use the cryptogram and other required fields correctly.")<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-cryptograms ("Cryptograms are to be used one time only for authorizations. Attempting to re-use a cryptogram will result in an authorization decline from the card company.") |
| **14[k]** send the one or more data attributes to a first client. | Each of the Accused Products satisfies limitation 14[k] send the one or more data attributes to a first client.<br><br>As an example, JP Morgan Chase sends to a merchant one or more data attributes which are associated with an acquirer token, such as token type, checkout reference, transaction reference, transaction amount, fraud check status, card expiry, certain digits (*e.g.,* last four), card status, account holder reference, requestor or requestor ID or TRID, as examples. For example, a merchant can request such information from the notifications endpoint. As another example, JP Morgan Chase sends the one or more data attributes to a merchant after approval and |

| Asserted Claim 14 | Identification |
|---|---|
| | authentication for a transaction is sought or obtained from an issuer. As another example, Chase sends at least a first client one or more data attributes associated with a network token, such as the attributes described in the chart above.<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata (*see*, *e.g.,* card tokenization notification response and other notification responses, as examples).<br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-notifications/get<br><br>*See* https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata ("Network tokenization uses a token value assigned by a payment network. This allows you to use the existing token in the payment transactions without de-tokenizing it prior to payment processing. We use the same token in any subsequent actions related to the initial payment, including clearing, settlement, refunds, and dispute processing.")<br><br>For example, JP Morgan Chase backend sends the acquirer token and the network token to the first client (*e.g.,* a merchant using an API) together with the one or more data attributes. For example, JP Morgan Chase backend sends this information to the merchant after authorization. As another example, JP Morgan Chase backend sends this information to the merchant in response to a merchant's request.<br><br>*See, e.g.,* Checkout API v1.8, paymentTokens. *See* https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-intent/post (*e.g.,* authorizationType = AUTH_METHOD_TOKENIZE_ONLY or AUTH_METHOD_VERIFY_ONLY); https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/checkout/tokenizationofpaymentdata: |

49

| Asserted Claim 14 | Identification |
|---|---|
| | **How tokenization works**<br><br>1. You send a `POST` request to the `/intent` endpoint ([Set up checkout intent](#)) with either of the following options:<br>    1. authorizationType = `AUTH_METHOD_VERIFY_ONLY`: Use this to run account verification for cards and bank accounts. The tokenization service returns the token if you are set up for it.<br>    2. authorizationType = `AUTH_METHOD_TOKENIZE_ONLY`: Use this to get the tokens for the cards or bank accounts without going through the account verification.<br>2. A new consumer is checking out and pays with one of the supported payment methods. The Checkout backend processes the transaction and the token and the associated information is returned to you in the Checkout token and order notifications. You send a `GET` request to the [/notifications](#) endpoint to retrieve the notifications. Refer to the following tables for the details.<br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/checkout/checkout#/paths/checkout-notifications/get<br><br>*See* Network Tokenization for Merchants (J.P. Morgan, February 2024) at 6-7 ("Network tokens can be used immediately to make a payment or can be stored by a merchant or digital wallet for future use. When a payment is made using a network token, it passes through the approval process, just as a card or account number would. Acquirer tokens vs. network tokens: What's the difference? You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.").<br><br>As another example, Chase sends an acquirer token and network token to a user of Tokenization API, Payments API, and/or Orbital Gateway. |

50

| Asserted Claim 14 | Identification |
|---|---|
| | https://developer.payments.jpmorgan.com/api/commerce/online-payments/overview<br><br>https://developer.payments.jpmorgan.com/api/commerce/online-payments/online-payments/online-payments#/operations/V2PaymentPost<br><br>https://developer.payments.jpmorgan.com/docs/commerce/online-payments/capabilities/online-payments/payment-enhancements/tokenization<br><br>https://developer.payments.jpmorgan.com/docs/commerce/optimization-protection/capabilities/tokenization/how-to/request-tokens<br><br>*See* Orbital Gateway JSON Developer Guide Payments Request Elements (https://developer.jpmorgan.com/api/v0/items/orbital-api/assets/OGW%20JSON%20Developer%20Guide%20Payments%20Request.pdf) *e.g.,* card parent object, *e.g.,* tokenTxnType, dpanInd)<br><br>*See* Orbital Gateway JSON Developer Payments Response Elements (https://developer.jpmorgan.com/api/v0/items/orbital-api/assets/OGW%20JSON%20Developer%20Guide%20Payments%20Response.pdf) *e.g.,* safetechToken, card, "Safetech Token Transaction Type Returned if tokenTxnType=GT or pieMode=FPE or EFPE in the request and there is a token returned"; *e.g.,* networkTokenIdentifier, status, "Token as received from the NWT Server. Returned if merchant has signed up for the NWT service, the transaction meets the eligibility criteria, and a token was successfully fetched from the token service vault.", tokenResponse) |

| Asserted Claim 14 | Identification |
|---|---|
| | **Acquirer tokens vs. network tokens: What's the difference?**

You may already be familiar with acquirer tokens, as J.P. Morgan Merchant Services can provide an acquirer token for each transaction. When your customer enters their payment information at checkout, instead of receiving their personal details directly, J.P. Morgan converts this information into an acquirer token which can be securely stored on your systems or passed on for processing.

Acquirer tokens protect the first part of the payment process between the acquirer and the merchant. Then, the network token secures credentials as they move the rest of the way through the ecosystem to the issuer. The more visibility and control that issuers have on the credential, the more confidence they are likely to have in approving a transaction.

Network tokens are built to EMVCo[10] global standards and work in tandem with acquirer tokens to help provide security across every stage of the payment process. When network tokens and acquirer tokens work together, they can help improve security, decrease chargebacks, and increase approval rates. |

52

## Enabling tokenization across multiple payment networks

J.P. Morgan uses Token ID's platform to expedite network tokenization for merchants. This interface empowers J.P. Morgan to manage network tokenization across major EMV®[10] network tokenization services globally.

## Network tokens in action

Let's take a look at how network tokens work in action for card-not-present transactions, using Visa network tokens as an example:

1. First, the customer initiates a purchase on their mobile device, tablet or computer using a card-on-file.

2. The merchant submits the PAN or token to J.P. Morgan. The token looks and feels like a PAN, but the PAN is not involved.

3. J.P. Morgan, the acquirer, switches out the acquirer token or PAN for the Visa network token and passes the Visa network token to the global Visa payment network.

4. Visa exchanges the token with the PAN which is stored in the Visa Token Vault.

5. Visa passes the PAN and the Visa network token to the issuer for authorization.

6. The issuer (or their processor) authorizes or declines the transaction and returns the result to Visa.

7. Visa forwards the response back to the acquirer, including the Network Token and Issuer response.

8. J.P. Morgan sends the response to the merchant.

> *Token ID's network inclusive approach removes the need to manage potentially time-consuming and expensive connections to multiple networks. With just one API, users can start their tokenization journey and enable the benefits of network tokens across multiple major networks.*
>
> **Chakib Bouda**
> Head of Token ID



53