AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| ANONOS INNOVATIONS LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-cv-00594-JRG |
| JPMORGAN CHASE BANK, NATIONAL ASSOC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANONOS INNOVATIONS LLC                                              .

Date:     07/21/2026                                        /s/ Reza Mirzaie
                                                        *Attorney's signature*

                                                Reza Mirzaie CA State Bar No. 246953
                                                        *Printed name and bar number*

                                                Russ August & Kabat
                                                12424 Wilshire Blvd., 12th Floor
                                                Los Angeles, CA 90025

                                                        *Address*

                                                rmirzaie@raklaw.com
                                                        *E-mail address*

                                                (310) 826-7474
                                                        *Telephone number*

                                                (310) 979-8268
                                                        *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|