**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ANONOS INNOVATIONS LLC,<br>*Plaintiff*,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>*Defendant*. | Case No. 2:26-cv-00594-JRG<br><br>**JURY DEMANDED** |

### NOTICE OF ATTORNEY APPEARANCE

COMES NOW Plaintiff, ANONOS INNOVATIONS LLC, ("ANONOS"), and hereby notifies the Court and all parties of record that, Andrea L. Fair, State Bar Number 24078488, of Miller Fair Henry PLLC, 1507 Bill Owens Parkway, Longview, Texas, 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: July 27, 2026

Respectfully submitted,

*/s/Andrea L. Fair*
Marc Fenster CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl CA State Bar No. 186579 Dale Chang CA State Bar No. 248657
Email: dchang@raklaw.com
Jason M. Wietholter CA State Bar No. 337139
Email: jwietholter@raklaw.com
Minna Y. Jay CA State Bar No. 305941

Email: mjay@raklaw.com
Kristopher Davis CA State Bar
No. 329627 Email:
kdavis@raklaw.com James
Pickens CA State Bar No.
307474
Email: jpickens@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474


Of Counsel:
Andrea L. Fair
State Bar No. 24078488
**MILLER FAIR HENRY
PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail:
andrea@millerfairhenry.com


*Attorneys for Plaintiff
Anonos Innovations LLC,*