EDTX UAET (03-2025)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

Anonos Innovations LLC
_____
Plaintiff

v.

Civ. No. 2:26-cv-594-JRG
_____

JP Morgan Chase Bank, National Association
_____
Defendant

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  JP Morgan Chase Bank, National Association
_____

Date Party's answer was originally due:                                          08/11/2026
_____

Date Party's answer is now due (must not exceed 45 days after original due date):  09/25/2026
_____

Date: 08/10/2026          /s/  Andrea L. Fair
_____
                          Full Name: Andrea L. Fair
                          State Bar No.: TX: 24078488
                          Address: 1507 Bill Owens Pkwy
                                   Longview, Texas 75604

                          Phone: 1 903.757.6400
                          Fax:
                          Email: andrea@millerfairhenry.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the _Unopposed Application for Extension of Time to Answer Complaint_ event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)