| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>*Telephone No:* 310-826-7474<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* 5143-002 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br>MARSHALL DIVISION | |
| *Plaintiff:* ANONOS INNOVATIONS LLC<br>*Defendant:* JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:26-cv-00594-JRG |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. *a. Party served:* JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
   *b. Person served:* Alaster Johnson, Authorized to Accept service for CT Corp., Served Under F.R.C.P. Rule 4.

4. *Address where the party was served:* 1999 Bryan Street Suite 900, Dallas, TX 75201

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jul 21 2026 (2) at: 01:11 PM

6. ***Person Who Served Papers:***
   a. Kim Shaw (PSC 9491)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** ***The Fee** for Service was:* $474.80

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

07/21/2026
*(Date)*

Kim Shaw
*(Signature)*