**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ANONOS INNOVATIONS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>*Defendant*. | Case No. 2:26-cv-00594<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A., by its undersigned counsel, states as follows:

Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise, have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated: September 28, 2026

Respectfully submitted,

*/s/ Vincent Zhang with permission, by Michael E. Jones*
Benjamin Hershkowitz
Katherine Dominguez
Ryan Jin
Danielle Zapata
Vania Wang
Vincent Zhang
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
(212) 351-4000
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com
rjin@gibsondunn.com
dzapata@gibsondunn.com
vwang@gibsondunn.com
vzhang@gibsondunn.com

Nathan Curtis
Monica Lin
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Ave., Ste. 2100
Dallas, TX 75201
(214) 698-3400
ncurtis@gibsondunn.com
mlin2@gibsondunn.com

Michael E. Jones
**POTTER MINTON, P.C.**
102 North College, Suite 900
Tyler, TX 75702
(903) 525-2239
mikejones@potterminton.com

*Counsel for Defendant JPMorgan Chase Bank, National Association*