**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ANONOS INNOVATIONS LLC,<br>*Plaintiff*,<br>vs.<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>*Defendant*. | Case No. 2:26-cv-00594-JRG<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ANONOS INNOVATIONS LLC'S**
**UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

Plaintiff Anonos Innovations LLC ("Anonos") respectfully requests to extend the deadline to respond to Defendant JPMorgan Chase Bank, National Association's ("JPMC") Motion to Dismiss for Failure to State a Claim (Dkt. 23), by seven days.

The Motion was filed on September 25, 2026, making Anonos's response deadline October 9, 2026. Anonos respectfully seeks a seven-day extension to its deadline to respond to the Motion, which would move the deadline to October 16, 2026.

JPMC does not oppose this request. The requested extension will not require extension of any other deadlines, as no Docket Control Order has been entered in this case and the case has not yet been set for a scheduling conference. The requested extension is not sought for the purpose of delay. Good cause also supports granting Anonos's request, as several members of its counsel had a conflicting trial in ITC Investigation No. 337-TA-1477 spanning much of the existing response period, in which trial concluded on October 1, 2026. The requested extension would allow Anonos sufficient time to address the issues raised in JPMC's Motion.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Marc Fenster*

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Minna Y. Jay
CA State Bar No. 305941
Email: mjay@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
Email: andrea@millerfairhenry.com
MILLER FAIR HENRY, PLLC
1507 Bill Owens Pkwy
Longview, Texas 75604

*Attorneys for Plaintiff*
*Anonos Innovations LLC*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster
*Attorney for Plaintiff Anonos Innovations LLC*

**CERTIFICATE OF CONFERENCE**

I certify that that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). Defendant does not oppose the requested relief.

*/s/ Marc Fenster*
Marc Fenster
*Attorney for Plaintiff Anonos Innovations LLC*