**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ANONOS INNOVATIONS LLC,<br>*Plaintiff*,<br>vs.<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>*Defendant*. | Case No. 2:26-cv-00594-JRG<br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF ANONOS INNOVATIONS LLC'S**
**UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

Before the Court is Plaintiff Anonos Innovations LLC's ("Anonos") Unopposed Motion to Extend Response Deadline ("Motion"). The Court has considered the Motion and is of the opinion that should the Motion should be and hereby is GRANTED. Anonos's deadline for responding to Defendant's Motion to Dismiss for Failure to State a Claim (Dkt. 23) is extended to October 16, 2026.