**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ANONOS INNOVATIONS LLC,<br>*Plaintiff*,<br>vs.<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>*Defendant*. | CASE NO. 2:26-cv-00594-JRG<br>**JURY DEMANDED** |

**<u>NOTICE OF READINESS FOR SCHEDULING CONFERENCE</u>**

Plaintiff Anonos Innovations LLC respectfully submits this Notice of Readiness for Scheduling Conference confirming the following:

1. Defendant JPMorgan Chase Bank, National Association filed a Motion to Dismiss. Dkt. No. 23.
2. The asserted patents are U.S. Patent No. 9,087,215; U.S. Patent No. 9,087,216; U.S. and U.S. Patent No. 9,129,133.
3. There are no related cases previously filed in the Eastern District of Texas involving the same patents.

Date: October 6, 2026

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Dale Chang
CA State Bar No. 248657
Jason M. Wietholter
CA State Bar No. 337139
Minna Y. Jay
CA State Bar No. 305941
Kristopher Davis
CA State Bar No. 329627
James Pickens
CA State Bar No. 307474

RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_anonos@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
Email: andrea@millerfairhenry.com
MILLER FAIR HENRY, PLLC
1507 Bill Owens Pkwy
Longview, Texas 75604

***Attorneys for Plaintiff***
***Anonos Innovations LLC***

**CERTIFICATE OF SERVICE**

I certify that this document is being served upon counsel of record for Defendants on October 6, 2026 via ECF.

/s/ *Marc Fenster*
Marc Fenster