**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

ANONOS INNOVATIONS LLC,

*Plaintiff*,

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

*Defendant*.

Case No. 2:26-cv-00594

**JURY TRIAL DEMANDED**

**ORDER GRANTING JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S RENEWED MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**

Before the Court is Defendant JPMorgan Chase Bank, National Association's Renewed Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (the "Motion"). Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that this matter is **DISMISSED.**

SIGNED this ___th day of _______________, 2026.